# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 3:21-cv-05566-EMC<br><br>[~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S SPECIAL MOTION TO STRIKE<br><br>Action filed: July 20, 2021 |

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ORDERED as follows:

1. The above stipulation is GRANTED; and

2. Plaintiffs' Opposition to Defendant's Special Motion to Strike will be due on January 25, 2022;

3. Defendant's Reply in Support of its Special Motion to Strike will be due on February 22, 2022;

4. The hearing on Defendant's Special Motion to Strike will be March 17, 2022 at 1:30 PM; and

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 24, 2021

_____
Hon. Edward M. Chen
United States District Judge

4

JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE BRIEFING SCHEDULE ON DEFENDANT'S SPECIAL MOTION TO STRIKE
CASE NO. 3:21-CV-05566-EMC