OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** March 17, 2022     **Time:** 28 minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 21-cv-05566-EMC     **Case Name:** Shahid Buttar for Congress Committee v. Hearst Communications, Inc.

**Attorney for Plaintiff:** Gautam Dutta
**Attorneys for Defendant:** Thomas Burke and Diego Ibarguen
**Also Present:** Shahid Buttar

**Deputy Clerk:** Vicky Ayala     **Zoom Webinar Time:** 2:43-3:11

PROCEEDINGS

Motion to Dismiss, Motion to Strike and Further Case Management Conference - held

SUMMARY

Parties stated appearances.

Matter taken under submission.