# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 3:21-cv-05566-EMC<br><br>[~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S SPECIAL MOTION TO STRIKE<br><br>Action filed:  July 20, 2021 |

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ORDERED as follows:

1. Plaintiffs' First Amended Complaint will be due on June 17, 2022.
2. Defendant's Special Motion to Strike and any other responsive pleading will be due on July 21, 2022.
2. Plaintiffs' Opposition will be due on Aug. 19, 2022;
2. Defendant's Reply will be due on Sept. 15, 2022; and
3. The hearing on Defendant's Special Motion to Strike will be held on Sept. 29, 2022, 1:30 pm.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 24, 2022                    _____
                                        Hon. Edward M. Chen
                                        United States District Judge