GAUTAM DUTTA (State Bar No. 199326)
BUSINESS, ENERGY, AND ELECTION LAW, PC
1017 El Camino Real # 504
Redwood City, CA  94063
Telephone:  415.236.2048
Email:  Dutta@BEELawFirm.com
Fax:  213.405.2416

Attorneys for Plaintiffs
SHAHID BUTTAR FOR CONGRESS COMMITTEE and SHAHID BUTTAR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HEARST COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 3:21-cv-05566-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE** <br><br> Action filed:  July 20, 2021 |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Shahid Buttar for Congress Committee and Shahid Buttar (collectively, "Plaintiffs") and Defendant Hearst Communications, Inc. ("Defendant") hereby stipulate and respectfully request that the Court approve the following briefing and hearing schedule.

WHEREAS, Plaintiffs filed their complaint in this action on July 20, 2021 (ECF No. 1);

WHEREAS, on Apr. 25, 2022 the Court issued an Order (ECF No. 39) which (a) granted Defendant's Motion to Dismiss, and (b) gave Plaintiffs leave to amend their Complaint;

WHEREAS, Defendant intends to file a Special Motion to Strike Plaintiffs' Complaint after the First Amended Complaint (FAC) has been filed;

1

1  WHEREAS, on May 24, 2044, the Court issued an Order (ECF No. 41) setting a

2  schedule with respect to the FAC and Defendant's contemplated Special Motion to Strike;

3  WHEREAS, pursuant to that Order, Plaintiffs must file their FAC no later than June 17,

4  2022;

5  WHEREAS, in light of a family medical issue, the Parties have met and conferred

6  regarding the schedule with respect to the FAC and Defendant's contemplated Special Motion

7  to Strike;

8  WHEREAS, extending the deadline for filing the aforementioned documents, as set forth

9  below, will enable counsel to allow for a more complete and orderly presentation of the legal

10  issues the Court will need to resolve;

11  NOW THEREFORE, the Parties hereby stipulate and agree to set the following

12  deadlines:

13  1. Plaintiffs' First Amended Complaint will be due on July 29, 2022.

14  2. Defendant's Special Motion to Strike and any other responsive pleading will be

15  due on Sept. 9, 2022.

16  2. Plaintiffs' Opposition will be due on Oct. 7, 2022;

17  2. Defendant's Reply will be due on Oct. 28, 2022; and

18  3. The hearing on Defendant's Special Motion to Strike will be held on Nov. 10,

19  2022, 1:30 pm.

20

21

22

23

24

25

26

27

28

2

1   IT IS SO STIPULATED.

2

3   DATED: June 15, 2022               Respectfully submitted,

4

5                                       Business, Energy, and Election Law, PC
                                       GAUTAM DUTTA

6

7                                       By:      /s/ Gautam Dutta             
                                                  Gautam Dutta

8                                      *Attorneys for Plaintiffs*

9

10   DATED: June 15, 2022              Respectfully submitted,
                                       Davis Wright Tremaine LLP

11                                       THOMAS R. BURKE

12                                       The Hearst Corporation
                                       JONATHAN R. DONNELLAN (admitted *pro hac vice*)

13                                       DIEGO IBARGUEN (admitted *pro hac vice*)

14

15                                     By:      /s/ Thomas R. Burke         

16                                      *Attorneys for Defendant Hearst Communications, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE ON DEFENDANT'S
SPECIAL MOTION TO STRIKE
CASE NO. 3:21-CV-05566-EMC

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.


Dated: June 15, 2022

By:    /s/ Gautam Dutta
           GAUTAM DUTTA

*Attorney for Plaintiffs*

JOINT STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE ON DEFENDANT'S
SPECIAL MOTION TO STRIKE
CASE NO. 3:21-CV-05566-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al.,<br><br>                          Plaintiffs,<br><br>     vs.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>                          Defendant. | Case No. 3:21-cv-05566-EMC<br><br>**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S SPECIAL MOTION TO STRIKE**<br><br>Action filed:  July 20, 2021 |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, it is hereby

ORDERED as follows:

    3.    Plaintiffs' First Amended Complaint will be due on July 29, 2022.

    4.    Defendant's Special Motion to Strike and any other responsive pleading will be

due on Sept. 9, 2022.

    2.    Plaintiffs' Opposition will be due on Oct. 7, 2022;

    2.    Defendant's Reply will be due on Oct. 28, 2022; and

    3.    The hearing on Defendant's Special Motion to Strike will be held on Nov. 10,

2022, 1:30 pm.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June __, 2022                          _____
                                                      Hon. Edward M. Chen
                                                      United States District Judge

6

JOINT STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE ON DEFENDANT'S
SPECIAL MOTION TO STRIKE
CASE NO. 3:21-CV-05566-EMC