**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 3:21-cv-05566-EMC<br><br>[~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S SPECIAL MOTION TO STRIKE<br><br>Action filed: July 20, 2021 |

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ORDERED as follows:

3. Plaintiffs' First Amended Complaint will be due on July 29, 2022.

4. Defendant's Special Motion to Strike and any other responsive pleading will be due on Sept. 9, 2022.

2. Plaintiffs' Opposition will be due on Oct. 7, 2022;

2. Defendant's Reply will be due on Oct. 28, 2022; and

3. The hearing on Defendant's Special Motion to Strike will be held on Nov. 10, 2022, 1:30 pm.

5

JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE BRIEFING SCHEDULE ON DEFENDANT'S SPECIAL MOTION TO STRIKE
CASE NO. 3:21-CV-05566-EMC

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: June 15, 2022                           _____
                                                  Hon. Edward M. Chen
4                                                 United States District Judge