GAUTAM DUTTA (State Bar No. 199326)
BUSINESS, ENERGY, AND ELECTION LAW, PC
1017 El Camino Real # 504
Redwood City, CA  94063
Telephone:  415.236.2048
Email:  Dutta@BEELawFirm.com
Fax:  213.405.2416

Attorneys for Plaintiffs
SHAHID BUTTAR FOR CONGRESS COMMITTEE and SHAHID BUTTAR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al.,<br><br>                         Plaintiffs,<br><br>        vs.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>                         Defendant. | Case No. 3:21-cv-05566-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE**<br><br><br>Action filed:  July 20, 2021 |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Shahid Buttar for Congress Committee and Shahid Buttar (collectively, "Plaintiffs") and Defendant Hearst Communications, Inc. ("Defendant") hereby stipulate and respectfully request that the Court approve the following briefing and hearing schedule.

WHEREAS, Plaintiffs filed their complaint in this action on July 20, 2021 (ECF No. 1);

WHEREAS, on Apr. 25, 2022 the Court issued an Order (ECF No. 39) which (a) granted Defendant's Motion to Dismiss, and (b) gave Plaintiffs leave to amend their Complaint;

WHEREAS, Defendant intends to file a Special Motion to Strike Plaintiffs' Complaint after the First Amended Complaint (FAC) has been filed;

1

WHEREAS, on June 15, 2022, the Court issued an Order (ECF No. 43) setting a

schedule with respect to the FAC and Defendant's contemplated Special Motion to Strike;

WHEREAS, pursuant to that Order, Plaintiffs must file their FAC no later than July 29,

2022;

WHEREAS, a client emergency in another matter (involving a federal criminal

indictment and civil complaint) has arisen for Plaintiffs' counsel; and has required the urgent,

time-intensive attention of Plaintiffs' counsel (a solo practitioner);

WHEREAS, the Parties have met and conferred regarding the schedule with respect to

the FAC and Defendant's contemplated Special Motion to Strike;

WHEREAS, extending the deadline for filing the aforementioned documents, as set forth

below, will enable counsel to allow for a more complete and orderly presentation of the legal

issues the Court will need to resolve;

NOW THEREFORE, the Parties hereby stipulate and agree to set the following

deadlines:

1.  Plaintiffs' First Amended Complaint will be due on Aug. 12, 2022.

2.  Defendant's Special Motion to Strike and any other responsive pleading will be

    due on Sept. 23, 2022.

2.  Plaintiffs' Opposition will be due on Oct. 21, 2022;

2.  Defendant's Reply will be due on Nov. 14, 2022; and

3.  The hearing on Defendant's Special Motion to Strike will be held on Dec. 1,

    2022, 1:30 pm.

2

JOINT STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE ON DEFENDANT'S
SPECIAL MOTION TO STRIKE
CASE NO. 3:21-CV-05566-EMC

1    IT IS SO STIPULATED.

2

3    DATED: July 29, 2022                          Respectfully submitted,

4

5                                                  BUSINESS, ENERGY, AND ELECTION LAW, PC
                                                   GAUTAM DUTTA

6

7    By:      /s/ Gautam Dutta
                       Gautam Dutta

8                                                  *Attorneys for Plaintiffs*

9    DATED: July 29, 2022                          Respectfully submitted,

10                                                 DAVIS WRIGHT TREMAINE LLP
                                                   THOMAS R. BURKE

11

12                                                 THE HEARST CORPORATION
                                                   JONATHAN R. DONNELLAN (admitted *pro hac
                                                   vice*)

13                                                 DIEGO IBARGUEN (admitted *pro hac vice*)

14

15                                                   By:       /s/ Diego Ibarguen

16                                                 *Attorneys for Defendant Hearst Communications,
                                                   Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE ON DEFENDANT'S
SPECIAL MOTION TO STRIKE
CASE NO. 3:21-CV-05566-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the

foregoing Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other

signatories have concurred in this filing.


Dated: July 29, 2022

By:       /s/ Gautam Dutta
          GAUTAM DUTTA

*Attorney for Plaintiffs*

4

JOINT STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE ON DEFENDANT'S
SPECIAL MOTION TO STRIKE
CASE NO. 3:21-CV-05566-EMC

1

2

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

3

4

5

6

7

8

SHAHID BUTTAR FOR CONGRESS
COMMITTEE, et al.,

Plaintiffs,

vs.

HEARST COMMUNICATIONS, INC.,

Defendant.

Case No. 3:21-cv-05566-EMC

**[PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE ON
DEFENDANT'S SPECIAL MOTION TO
STRIKE**

Action filed:  July 20, 2021

9

**[PROPOSED] ORDER**

10         Pursuant to the stipulation of the parties and good cause appearing, it is hereby

11   ORDERED as follows:

12         1.    Plaintiffs' First Amended Complaint will be due on Aug. 12, 2022.

13         2.    Defendant's Special Motion to Strike and any other responsive pleading will be

14               due on Sept. 23, 2022.

15         2.    Plaintiffs' Opposition will be due on Oct. 21, 2022;

16         2.    Defendant's Reply will be due on Nov. 14, 2022; and

17         3.    The hearing on Defendant's Special Motion to Strike will be held on Dec. 1,

18               2022, 1:30 pm.

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE ON DEFENDANT'S
SPECIAL MOTION TO STRIKE
CASE NO. 3:21-CV-05566-EMC

1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

Dated: July __, 2022                           _____

4                                                Hon. Edward M. Chen
                                                 United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

JOINT STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE ON DEFENDANT'S
SPECIAL MOTION TO STRIKE
CASE NO. 3:21-CV-05566-EMC