**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 3:21-cv-05566-EMC<br><br>[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S SPECIAL MOTION TO STRIKE<br><br>Action filed: July 20, 2021 |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ORDERED as follows:

1. Plaintiffs' First Amended Complaint will be due on Aug. 12, 2022.
2. Defendant's Special Motion to Strike and any other responsive pleading will be due on Sept. 23, 2022.
2. Plaintiffs' Opposition will be due on Oct. 21, 2022;
2. Defendant's Reply will be due on Nov. 14, 2022; and
3. The hearing on Defendant's Special Motion to Strike will be held on Dec. 1, 2022, 1:30 pm.

5

JOINT STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE ON DEFENDANT'S SPECIAL MOTION TO STRIKE
CASE NO. 3:21-CV-05566-EMC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~July~~ August 3, __, 2022

_____
Hon. Edward M. Chen
United States District Judge