THOMAS R. BURKE (CA State Bar No. 141930)
  thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

JONATHAN R. DONNELLAN
  jdonnellan@hearst.com (*pro hac vice*)
DIEGO IBARGUEN
  dibarguen@hearst.com (*pro hac vice*)
HEARST CORPORATION
300 W. 57th Street, 40th Floor
New York, New York 10019
Telephone: (212) 841-7000
Facsimile: (212) 554-7000

Attorneys for Defendant
HEARST COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al.,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 3:21-cv-05566-EMC<br><br>**DECLARATION OF DIEGO IBARGUEN IN SUPPORT OF DEFENDANT HEARST COMMUNICATIONS, INC.'S NOTICE OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6) AND SPECIAL MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO THE CALIFORNIA CIVIL CODE OF PROCEDURE AND**<br><br>Date:     December 1, 2022<br>Time:     1:30 p.m.<br>Place:    Courtroom 5, 17th Floor |

## DECLARATION OF DIEGO IBARGUEN

1.      I, Diego Ibarguen, am employed as Counsel for The Hearst Corporation and represent Hearst Communications, Inc. ("Hearst") in this action.  I make this declaration of personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

2.      Attached hereto as Exhibit A is a true and correct copy of an article published by the *San Francisco Chronicle*, a Hearst newspaper, titled, "Shahid Buttar, Nancy Pelosi's election opponent, accused of sex harassment," by Joe Garofoli, published on July 21, 2020 and reflecting a publication time of 8:19 p.m., and publicly available at: https://www.sfchronicle.com/politics/article/Shahid-Buttar-Nancy-Pelosi-s-election-15424675.php (last visited on Sept. 23, 2022).

3.      Attached hereto as Exhibit B is a true and correct copy of an article published by the *San Francisco Chronicle*, titled, "Longtime activists defend Pelosi foe Shahid Buttar against sex harassment accusations," by Joe Garofoli, published on July 24, 2020 and reflecting a publication time of 7:21 p.m., and publicly available at: https://www.sfchronicle.com/politics/article/Longtime-activists-defend-Pelosi-foe-Shahid-15432809.php (last visited on Sept. 23, 2022).

4.      Attached hereto as Exhibit C is a true and correct copy of an article published by the *Bay Area Reporter*, titled, "Political Notebook: Pelosi challenger Buttar accused of sexual harassment, misogyny," by Matthew S. Bajko, published on July 21, 2020, and publicly available at: https://www.ebar.com/news/latest_news//295177 (last visited on Sept. 23, 2022).

5.      Attached hereto as Exhibit D is a true and correct copy of an article published by *The Intercept*, titled "Shahid Buttar's Bid to Unseat Nancy Pelosi Roiled by Staff Mistreatment," by Akela Lacy, published on July 23, 2020, and publicly available at: https://theintercept.com/2020/07/23/shahid-buttar-campaign-allegations/ (last visited on Sept. 23, 2022).

6.      Attached hereto as Exhibit E is a true and correct copy of an article published by *Mission Local*, titled, "Pelosi challenger Shahid Buttar accused of sexual harassment,

DECLARATION OF DIEGO IBARGUEN
CASE NO. 3:21-cv-05566-EMC

1  misogyny," by Joe Eskenazi, published on July 21, 2020, and publicly available at:

2  https://missionlocal.org/2020/07/shahid-buttar-sexual-harassment-allegation-misogyny-

3  allegation-nancy-pelosi/ (last visited on Sept. 23, 2022).

4        7.     Attached hereto as Exhibit F is a true and correct copy of an article published by

5  48hills, titled, "The end of Shahid Buttar's campaign – and the lessons," by Tim Redmond,

6  published on July 21, 2020, and publicly available: https://48hills.org/2020/07/the-end-of-

7  shahid-buttars-campaign-and-the-lessons/ (last visited on Sept. 23, 2022).

8        8.     Attached hereto as Exhibit G is a true and correct copy of an essay published on

9  Medium, titled, "Shahid Buttar Repeatedly Sexually Harassed Me," by Elizabeth Croydon,

10  published on July 21, 2020, and publicly available at:

11  https://medium.com/@elizabethcroydon/shahid-buttar-repeatedly-sexually-harassed-me-

12  1a23f22924dd (last visited on Sept. 23, 2022).

13        9.     Attached hereto as Exhibit H is a true and correct copy of an open letter published

14  by *Independent Political Report*, titled "DC Activists Support Shahid Buttar, Call Accuser

15  Troubled Person With History Of False Accusations," signed by Polly Miller, Martine

16  Zundmanis, Kevin Zeese, Margaret Flowers, Anna Ricklin, Chris Menocal, Medea Benjamin,

17  Tighe Barry, Pat Elder, Fawn Damitio, Linda Schade, Stephanie Lenorovitz, Malachy Kilbride

18  Pete Perry, Ellen Thomas, Adam Eidinger, and Ryme Katkhouda, published on July 24, 2020,

19  and publicly available at: https://independentpoliticalreport.com/2020/07/dc-activists-support-

20  shahid-buttar-call-accuser-troubled-person-with-history-of-false-accusations/ (last visited on

21  Sept. 23, 2022).

22        10.    Attached hereto as Exhibit I is a true and correct copy of a complete single thread

23  of email communications between Hearst employees and representatives of the Buttar Campaign

24  on July 21-22, 2020, all of which are incorporated by reference in the First Amended Complaint

25  (¶¶ 18-19, 22-23, 30-35).  Of particular note, this thread includes an email sent at 5:44 am on

26  July 22, 2020 by Patricia Brooks to *San Francisco Chronicle* reporter Joe Garofoli (FAC ¶¶ 30-

27  31) and an email sent by Brooks to John Diaz on July 22, 2020 (FAC ¶ 33).

28

DECLARATION OF DIEGO IBARGUEN
CASE NO. 3:21-cv-05566-EMC

11.     The Court has previously taken judicial notice of these same exhibits in connection with Hearst's motion to dismiss and special motion to strike Plaintiffs' original Complaint.  (ECF No. 39 n.2).

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed in Edgewater, New Jersey, on September 23, 2022.

/s/ Diego Ibarguen＿＿＿＿＿＿＿＿

Diego Ibarguen

# Exhibit A



**Most Popular**

**1.** First U.S. omicron case found in San Francisco. Here's what we know

**2.** California drought: State anticipates virtually no water deliveries to…

**3.** The woman charged with stealing $40,000 in Target merchandise is being…

**4.** 'There's nothing festive about … boarded-up storefronts': Union

**5.** Needing a lifeline, Warriors send out an SOS to sea captain Klay

**6.** Omic…



POLITICS

# Shahid Buttar, Nancy Pelosi's election opponent, accused of sex harassment



**Joe Garofoli**
July 21, 2020 | Updated: July 21, 2020 8:19 p.m.



A portrait of Shahid Buttar on Wednesday, April 1, 2020, in San Francisco, Calif. Buttar is running for election to the U.S. House to represent California's 12th Congressional District.
Santiago Mejia / The Chronicle



A woman who said she has known San Francisco congressional candidate Shahid Buttar for nearly 20 years is accusing him of repeatedly sexually harassing her.

Elizabeth Croydon, a comedian, artist and filmmaker, wrote in a Medium post published Tuesday that Buttar harassed her starting when they both lived in Washington. D.C.. in 2003. and continued to do so over several

years.

**ADVERTISEMENT**
Article continues below this ad



Buttar is challenging House Speaker Nancy Pelosi, a fellow Democrat, for the San Francisco seat she has held since 1987. He is a democratic socialist who says Pelosi is insufficiently progressive.

"We on the left must hold ourselves to a higher standard as we are committed to creating a just and equitable world, free from sexual misconduct, misogyny and bullying," Croydon wrote. "The left can do better than Shahid Buttar."

Buttar said Croydon's accusations "are false."

"Every survivor must be heard, and I hope to be allowed the same opportunity to be heard as well," Buttar, an attorney and activist, said in a statement. "Sexual harassment is despicable. Those who exploit structural sexism and power imbalances must be exposed. I am committed to putting survivors' interests before my own."

The San Francisco chapter of the Democratic Socialists of America is considering rescinding its endorsement of Buttar in response to Croydon's charges.

**ADVERTISEMENT**
Article continues below this ad



"Sexual harassment and gender discrimination are antithetical to the

**About Our Newsroom**

principles of democratic socialism, and are issues that DSA San Francisco takes seriously," Yuhe Faye Wang, co-chair of the organization's steering committee, said in an email to The Chronicle. Wang said the group is "in the process of gathering information" and would not comment further until it takes up the issue Aug. 4.

---

### More on Politics

---

**Nancy Pelosi's election challenger says she's not progressive enough. She's ignoring him**

Read Now



**Coronavirus forces Nancy Pelosi's SF election foe to take a different path**

Read Now



---

Buttar said, "I invite their examination of the issues and our campaign welcomes any scrutiny."

Efforts to reach Croydon on Tuesday evening were unsuccessful.

Croydon, who has appeared on NBC's "The Tonight Show" and "Last Comic Standing," wrote that she first met Buttar in 2003 in Washington, when he lived "in a communal home which served as a hub for freelance opportunities in activism and the arts." She said she went there to "network and see other artists despite the fact that Shahid consistently made me feel uncomfortable."

She wrote that Buttar "repeatedly pursued me for sex."

"I physically distanced myself from him at parties, turned down invitations, informed a friend I felt uncomfortable, avoided being alone with him, and eventually stopped going to the communal home until he moved out," Croydon wrote. "Shahid let me know he was sexually available to me for years."

Croydon said one incident that happened a decade later was "intimately embarrassing and traumatic for me to talk about." After a poetry performance, she wrote, she and Buttar gathered with a group of people to catch up. One friend asked everyone when was the last time they had sex, and Croydon said she had been celibate for years, she wrote.

"Shahid's response shocked and embarrassed me," Croydon wrote. "'Oh, my god, that is way too long! How can you go without sex that long? That's insane! I couldn't do it, you poor thing. It must be so hard.'"

Croydon wrote that she had replied that her "celibacy was a voluntary decision because it helped me cope with surviving sexual assaults,

Our politics team covers **California government** from Sacramento and **national politics** from the Bay Area and Washington, D.C. The guiding principle in choosing which stories to cover is: **How does political and government news affect the Bay Area and California?**

*Read more about how The Chronicle covers politics and what we do to ensure fairness in our reporting* →



THE PROVIDENCE
FAIRFAX

**Find Peace of Mind**

Learn More →

ASSISTED LIVING · MEMORY CARE

batteries and other misconduct. I felt degraded, nauseated, and revolted that he would mock me in front of friends who looked to me as an outspoken voice for women."

In addition to the Democratic Socialists of America, the pro-Bernie Sanders group SFBerniecrats has endorsed Buttar in his race against Pelosi. On Tuesday, the group said it was reviewing Croydon's accusations.





THE PROVIDENCE
FAIRFAX

Find Peace
of Mind

Learn More →

ASSISTED LIVING · MEMORY CARE

There were other signs that San Francisco progressives were backing away from Buttar. Supervisor Dean Preston pulled his name off Buttar's website after his November election opponent, Vallie Brown, said Buttar's alleged conduct "absolutely disqualifies him for office."

"These allegations are deeply disturbing. As soon as I learned of them, I signed a ... petition to unendorse him, and immediately had my name taken off Shahid's website," Preston said in a statement to The Chronicle.

*Joe Garofoli is The San Francisco Chronicle's senior political writer. Email: jgarofoli@sfchronicle.com Twitter: @joegarofoli*



Written By
**Joe Garofoli**

Reach Joe on

Joe Garofoli is the San Francisco Chronicle's senior political writer, covering national and state politics. He has worked at The Chronicle since 2000 and in Bay Area journalism since 1992, when he left the Milwaukee Journal. He is the host of "It's All Political," The Chronicle's political podcast. Catch it here: bit.ly/2LSAUjA

He has won numerous awards and covered everything from fashion to the Jeffrey Dahmer serial

killings to two Olympic Games to his own vasectomy - which he discussed on NPR's 'Talk of the Nation' after being told he couldn't say the word "balls" on the air. He regularly appears on Bay Area radio and TV talking politics and is available to entertain at bar mitzvahs and First Communions. He is a graduate of Northwestern University and a proud native of Pittsburgh. Go Steelers!

**VIEW COMMENTS**

# Top of the News

**State anticipates virtually no water deliveries to cities, farms in 2022**
BY KURTIS ALEXANDER



**A new study shows where pollution is worst in Bay Area**
BY YOOHYUN JUNG



**TikTok 'door kick' challenge has Bay Area police warning teens**
BY DANIELLE ECHEVERRIA



**Bring more parklets and slow streets to S.F., says policy think-tank**
BY JOHN KING





## First U.S. omicron case found in San Francisco. Here's what we know

A case of the omicron coronavirus variant has been identified in a vaccinated San Francisco resident who recently returned from South Africa — the first in the U.S.
BY AIDIN VAZIRI AND ERIN ALLDAY

---

San Francisco Chronicle

  

RETURN TO TOP ⌃

**ABOUT**

Our Company

Privacy Notice /Notice At Collection

Your California Privacy Rights

Interest Based Ads

Terms of Use

Careers

Advertising

**NEWSROOM**

Ethics Policy

How We Cover Politics

Endorsement Process

News Tips

Newsroom News

**CONTACT**

Customer Service

FAQ

Newsroom Contacts

**CCPA**

Do Not Sell My Personal Information

**SERVICES**

Subscriber Services

e-Edition

Reprints & Permissions

Corporate Subscriptions

App

Archives

Membership

Store

Subscription Offers

sfgate.com

HEARST *newspapers*

©2021 Hearst

# Exhibit B

12/2/21, 11:58 AM                                  Longtime activists defend Pelosi foe Shahid Buttar against sex harassment accusations





POLITICS

# Longtime activists defend Pelosi foe Shahid Buttar against sex harassment accusations

Joe Garofoli

July 24, 2020  |  Updated: July 24, 2020 7:21 p.m.





**1 of 3**

CA-12 Congressional candidate and Nancy Pelosi challenger Shahid Buttar addresses the crowd during a demonstration calling for Medicare for All and stimulus packages amid the COVID-19 pandemic held in front of San Francisco's Ferry Building in San Francisco, Calif. Saturday, July 11, 2020. The demonstration, led by the progressive Movement for a People's Party, is part of a nationwide set of demonstrations Saturday in front of Democratic lawmakers homes and offices, urging them to push for more Congressional stimulus packages.

Jessica Christian / The Chronicle

Supporters of Shahid. Buttar, the November election opponent of House Speaker Nancy Pelosi, are rallying around him after an East Coast comedian accused him of sexually harassing her on and off for years starting nearly two decades ago.

A Medium post published this week by Maryland resident Elizabeth Croydon "attempted to draw a different picture of Shahid, than the one we know to be true," several progressive activists in the Washington area, where Buttar used to live, said in an open letter.

"Shahid. stands for peace, justice, and democracy. He embodies anti-oppression principles and has a demonstrated record of practices that promote equity and inclusion," said the signers, who include Code Pink cofounder Medea Benjamin, a well-known former Bay Area activist who now lives in the Washington area.

ADVERTISEMENT

Article continues below this ad

#AloneTogether                    ad

**Staying home saves lives.**

For more info visit
**coronavirus.gov**

Croydon wrote that Buttar pursued her for sex and mocked her when she said she had been celibate for several years by choice. She wrote that "we on the left must hold ourselves to a higher standard as we are committed to creating a just and equitable world, free from sexual misconduct, misogyny and bullying."

## More for you

**Shahid Buttar, Nancy Pelosi's election opponent, accused of sex harassment**

12/2/21, 11:58 AM                    Longtime activists defend Pelosi foe Shahid Buttar against sex harassment accusations

**Read Now**



**Nancy Pelosi's election challenger says she's not progressive enough. She's ignoring him**

**Read Now**

Two progressive groups that have endorsed Buttar in his campaign to deny Pelosi re-election to her San Francisco seat said they were investigating Croydon's accusations. San Francisco Supervisor Dean Preston pulled his endorsement of Buttar, a democratic socialist activist and attorney.

Buttar said Croydon's charges are false.

"Sexual harassment is despicable," Buttar said. "Those who exploit structural sexism and power imbalances must be exposed. I am committed to putting survivors' interests before my own."

He added, "Every survivor must be heard, and I hope to be allowed the same opportunity to be heard as well."

ADVERTISEMENT
Article continues below this ad



The accusations against Buttar don't ring true to some in the Washington activist community who say they know both him and Croydon.

"It's totally out of character. There's nothing mean or nasty about him," Benjamin told The Chronicle. "He wouldn't insult women like that."

Benjamin said Buttar "is one of these guys who is politically correct in so many ways. I know him as someone who is a feminist, who is very much against the patriarchy and calls people out on it. He's very careful about how he talks about women. He's very politically evolved."

Polly Miller, who worked with Buttar on an anti-police-brutality campaign several years ago, said in an interview, "He worked with Code Pink. It's all women."

Croydon's depiction of Buttar, she said, "did not match anything I ever saw."

## About Our Newsroom

Our politics team covers **California government** from Sacramento and **national politics** from the Bay Area and Washington, D.C. The guiding principle in choosing which stories to cover is: **How does political and government news affect the Bay Area and California?**

*Read more about how The Chronicle covers politics and what we do to ensure fairness in our reporting* ⟶

Pat Elder, a longtime activist and journalist who has worked with Buttar on a half-dozen wealth inequality and antiwar campaigns, said he "could not imagine Shahid. carrying on like that. I respect the man and his intellect and his character."

Croydon said Friday in an email that the open letter was part of a "smear" campaign against her.

"Spending campaign time and resources on discrediting a sexual harassment survivor by essentially calling me crazy is the oldest trick in the abuser's playbook," she wrote.

In an interview, she added that "no one can speak to my direct experience of Shahid."

"I wanted to come forward about this much earlier, but I was terrified to do so," Croydon said. "People can hold their opinions, but they can't speak to my direct experience."

*Joe Garofoli is The San Francisco Chronicle's senior political writer. Email: jgarofoli@sfchronicle.com Twitter: @joegarofoli*

## Sign up for Political Punch newsletter

Get politics from a Golden State perspective delivered to your inbox

**Email**

[ SIGN UP ]

By signing up, you agree to our Terms of use and acknowledge that your information will be used as described in our Privacy Policy.

Written By

 **Joe Garofoli**                                                    Reach Joe on 

Joe Garofoli is the San Francisco Chronicle's senior political writer, covering national and state politics. He has worked at The Chronicle since 2000 and in Bay Area journalism since 1992, when he left the Milwaukee Journal. He is the host of "It's All Political," The Chronicle's political podcast. Catch it here: bit.ly/2LSAUjA

He has won numerous awards and covered everything from fashion to the Jeffrey Dahmer serial killings to two Olympic Games to his own vasectomy - which he discussed on NPR's "Talk of the Nation" after being told he couldn't say the word "balls" on the air. He regularly appears on Bay Area radio and TV talking politics and is available to entertain at bar mitzvahs and First Communions. He is a graduate of Northwestern University and a proud native of Pittsburgh. Go Steelers!

**VIEW COMMENTS**

# Top of the News

### State anticipates virtually no water deliveries to cities, farms in 2022
BY KURTIS ALEXANDER



### A new study shows where pollution is worst in Bay Area
BY YOOHYUN JUNG



### TikTok 'door kick' challenge has Bay Area police warning teens
BY DANIELLE ECHEVERRIA



### Bring more parklets and slow streets to S.F., says policy think-tank
BY JOHN KING





## First U.S. omicron case found in San Francisco. Here's what we know

A case of the omicron coronavirus variant has been identified in a vaccinated San Francisco resident who recently returned from South Africa — the first in the U.S.

BY AIDIN VAZIRI AND ERIN ALLDAY

**San Francisco Chronicle**

RETURN TO TOP ^

| ABOUT | NEWSROOM | CONTACT | CCPA | SERVICES |
|---|---|---|---|---|
| Our Company | Ethics Policy | Customer Service | Do Not Sell My Personal Information | Subscriber Services |
| Privacy Notice | How We Cover | FAQ | | e-Edition |
| /Notice At Collection | Politics | Newsroom Contacts | | Reprints & Permissions |
| Your California Privacy Rights | Endorsement Process | | | Corporate Subscriptions |
| Interest Based Ads | News Tips | | | App |
| Terms of Use | Newsroom News | | | |

12/2/21, 11:58 AM                    Longtime activists defend Pelosi foe Shahid Buttar against sex harassment accusations

Careers                                              Archives

Advertising                                          Membership

                                                     Store

                                                     Subscription Offers

HEARST *newspapers*                                  sfgate.com

©2021 Hearst

# Exhibit C

12/2/21, 12:00 PM                    Bay Area Reporter :: Political Notebook: Pelosi challenger Buttar accused of sexual harassment, misogyny

Print This Page

« Back to article

News (https://www.ebar.com/news) » Latest News
(https://www.ebar.com/news/latest news)

## Political Notebook: Pelosi challenger Buttar accused of sexual harassment, misogyny

by Matthew S. Bajko (mailto:m.bajko@ebar.com)

Assistant Editor

Tuesday Jul 21, 2020



Congressional candidate Shahid Buttar has denied accusations of sexual harassment and misogyny. Photo: Courtesy Shahid Buttar campaign

Progressive Shahid Buttar, an attorney and deejay who is challenging House Speaker Nancy Pelosi (D-San Francisco) for her seat on the November ballot, is facing charges of sexual harassment by a woman he knew in Washington, D.C. and of fostering a misogynistic atmosphere on his campaign that led roughly a dozen staffers to resign this spring.

The dual allegations have led the Democratic Socialists of America to consider rescinding its endorsement of Buttar, the Bay Area Reporter has learned. In an interview Tuesday, Buttar denied both of the accusations from the fellow activist and poet as well as from his former campaign personnel.

"I am as disturbed about the allegations as anyone. In particular the charges of toxic masculinity gravely concerns me. It bears no relationship to who I am or how I have conducted myself," said Buttar, 45, who placed second in the March 3 primary to advance to the fall ballot and run to the left of Pelosi.



**Shahid Buttar for Congress** ✔
@ShahidForChange

A former acquaintance recently provided a statement on Twitter regarding sexual harassment.

These claims are false.

Every survivor must be heard, and I hope to be allowed the same opportunity to be heard as well. /1

7:33 PM · Jul 21, 2020                                    ⓘ

♡ 2.4K          💬 272          ⬆ Share this Tweet

Tweet your reply





In a July 12 tweet Elizabeth Croydon first accused Buttar of sexually harassing her more than a dozen years ago. She also wrote that he was friends with a former "gang banger" who had thrown her "into a wall disabling me for years. I think the left should find someone else to run against Pelosi."



In a fuller statement sent to the media and publicly released July 21 on the website Medium (https://medium.com/@elizabethcroydon/shahid-buttar-repeatedly-sexually-harassed-me-1a23f22924dd), Croydon said she first met Buttar in 2003 at the communal home he lived in where she would go to meet other artists and activists. A comic and actor, Croydon claims Buttar "repeatedly pursued me for sex" and one time in the kitchen of his home "cornered me with his body and got so close and brushed up against my breasts."

About a decade later she claims Buttar made fun of her when she disclosed to a group of mutual friends that she had been celibate for several years and later that night shared her disclosure with other people at his communal home and offered to recruit men to have sex with her.

"I felt degraded, nauseated, and revolted that he would mock me in front of friends who looked to me as an outspoken voice for women," stated Croydon.

In a phone interview with the B.A.R. from Maryland, where she lives, Croydon said she decided to come forward as she is concerned Buttar will continue to harass other women should he be elected to Congress.

"I couldn't be quiet anymore because I felt there could be other people out there he did this to," she said. "Shahid is applying for a very high government position. He could continue to do this as a congress member."

She did not file any police reports or complaints regarding the incident in the kitchen, she said. Asked why she didn't come forward prior to the March election or when Buttar first ran for the House seat in 2018, Croydon said it was due to the "terror" of sharing her story publicly and knowing what other survivors of sexual harassment have been subjected to.

"As an experienced comedian I know stepping in front of the spotlight makes you a target for someone, let alone calling out a powerful name," she said.

A person close to Croydon, who asked to remain anonymous for fear of being targeted themselves, told the B.A.R. that Croydon had disclosed to them her encounters with Buttar about seven years ago.

Online, some commenters have suggested Croydon is speaking out in order to help Pelosi, as this is the first time she has faced a progressive opponent since first running more than three decades ago. Croydon declined to talk about Pelosi, saying her focus was on her interactions with Buttar.

"Clearly, look at my Twitter feed and you will see I am of the left. I love Bernie Sanders," said Croydon, who backed the progressive Vermont senator's presidential bid this year.

Buttar insisted neither incidents Croydon claims occurred "are grounded in fact." Having been vocal in the past that victims of sexual harassment deserve to be taken seriously, Buttar told the B.A.R. that "all survivors should be heard, including my accuser. I am eager for the facts to come out and am confident they will vindicate me."



Two women who knew Buttar in the 2000s told the B.A.R. there was no credibility to what Croydon alleges occurred. Martine Zundmanis, who met Buttar in 2004 while working together on civil rights issues, said there is "absolutely no merit" to Croydon's claims.

"I think in context of the progress victims and survivors have made as a result of the #MeToo movement, to have someone as ethical and with so much integrity as Shahid to be attacked with lies like this is just disgusting," she said.

Dr. Margaret Flowers, on Twitter and in a phone interview with the B.A.R., said Croydon had falsely accused her partner, attorney Kevin Zeese, of sexual assault in 2006.

"It is really sad she is given any credibility," said Flowers. "I have known Shahid at least a decade; I have a lot of respect for him."

Asked about Flowers' tweet, Croydon said she doesn't recall making such an accusation against Zeese. She said she had sought a temporary restraining order against him after he left a threatening voicemail on her home phone. It stemmed from a dispute, she said, over Zeese not providing her a tape of an hourlong comedy performance she had done for free at a fundraiser during his bid as a Green Party candidate for a U.S. Senate seat in Maryland.

Late Tuesday, the executive board of San Francisco Berniecrats, which has endorsed Buttar, issued a statement regarding Croydon's accusations saying it takes "sexual harassment very seriously and will approach every case of sexual harassment with a survivor-first mentality."

It asked people not to insult or attack her and pledged to be "a safe space for other witnesses and survivors" who come forward as it reviews the matter and decides what steps it will take in "a fair and democratic process."

And that evening Jackie Fielder, a queer progressive and educator running against gay state Senator Scott Wiener (D-San Francisco), tweeted her support for the local DSA chapter rescinding its endorsement of Buttar, whom she noted she had not endorsed.

"May all the women Mr. Buttar has mistreated find healing," she wrote.

### Campaign staff air grievances

Croydon's accusations come as several former Buttar campaign staffers speak out about what they say was a misogynistic work environment that led them to quit this spring. Among those who left were campaign manager Jasper Wilde, volunteer coordinator Patrick Cochran, and finance director Emily Jones.

Jones and Wilde declined the B.A.R.'s interview requests, citing their having signed nondisclosure agreements that prevent them from talking about their work experiences.

Cochran told the B.A.R. that he observed Buttar treat male staffers with more deference than female staffers, several of whom he said were treated "like crap." He said Buttar would discount Wilde's advice, to the point she would ask male colleagues to relay suggestions to him so they would not be discounted.

"He talked down to them all the time. He was really unpleasant to them," said Cochran, adding that he is a "completely left-wing person who would love to see Pelosi go. But I came to believe Shahid is not capable of doing that. He would be an embarrassment for our left-wing cause if elected."

Campaign field organizer Raya Steier, who is nonbinary and uses neutral pronouns, told the B.A.R. they observed a culture of misogyny within the campaign that emanated from Buttar and it led them to resign within two months of being hired.

"I saw a pattern of disregard for women in Shahid's behavior personally. It was one of the reasons why I left the campaign," said Steier, adding that they also felt Buttar had so mismanaged his campaign they felt it "had no future. The totality of these circumstances made me leave."

In response, Buttar denied he had created a hostile work environment or engaged in gender-based discrimination. He said the comments were made by former campaign personnel who were "not terribly loyal" to him and had been hostile to the campaign's volunteers.

"The departure of my earlier staff was driven particularly by my concerns centered around their inability to promote the vision of the campaign," said Buttar, a cisgender heterosexual man who also identifies as queer due to his gender expression being fluid.

He added that his concerns about one of the former staffers were "in no way was gender based. It was performance based" and that "the other people reportedly left out of solidarity with that person."

The heart of the disagreements, claimed Buttar, was his hiring professional campaign people who wanted him to run as a politician and not as an activist.



12/2/21, 12:00 PM                    Bay Area Reporter :: Political Notebook: Pelosi challenger Buttar accused of sexual harassment, misogyny

"Ultimately, it wasn't their campaign, it was my campaign," he said.

He insisted none of the allegations he is facing are supported by the facts.

"As an immigrant entering the political arena to challenge a wealthy oligarch, it does surprise me some people think of me as an institution wielding privilege," said Buttar. "It is surprising, it is unfortunate, and I dare say it is confused."

**UPDATED 7/21/2020** with a statement from the San Francisco Berniecrats.

**UPDATED 7/22/2020** with Jackie Fielder's comments.

**Web Extra: For more queer political news, be sure to check http://www.ebar.com (http://www.ebar.com) Monday mornings for Political Notes, the notebook's online companion. This week's column reported on LGBT legal groups calling for an out person to be named to California's supreme court vacancy.**

**Keep abreast of the latest LGBT political news by following the Political Notebook on Twitter @ http://twitter.com/politicalnotes (http://twitter.com/politicalnotes)**

**Got a tip on LGBT politics? Call Matthew S. Bajko at (415) 829-8836 or e-mail m.bajko@ebar.com (mailto:m.bajko@ebar.com)**

**Editor's note: If you liked this article, help out our freelancers and staff, and keep the B.A.R. going in these tough times. For info, visit our Indiegogo (https://www.indiegogo.com/projects/bay-area-reporter-needs-your-support-now) campaign. To donate, simply claim a perk!**

## Related Stories





(https://www.ebar

**Political Notebook: Former Buttar team manager breaks her silence** (https://www.ebar.com/news//latest_news//296696)

(https://www.ebar

Political Notebook: Pelosi a no-show at end of progressive SF LGBTQ Dem club (https://www.ebar.com/news//latest_news//296270)

© 2021 Bay Area Reporter, a division of BAR, Inc. All Rights Reserved. Powered by Pride Labs, LLC (https://www.pridelabs.com) .

Privacy Policy (https://www.ebar.com/privacy/) • Terms of Use (https://www.ebar.com/termsofuse/)



# Exhibit D

**The**
**Intercept_**

# SHAHID BUTTAR'S BID TO UNSEAT NANCY PELOSI ROILED BY ACCUSATIONS OF STAFF MISTREATMENT (UPDATED)

The allegations prompted the San Francisco DSA chapter to consider a draft resolution rescinding the organization's endorsement of Shahid Buttar.

Akela Lacy

July 23 2020, 5:28 p.m.



A portrait of Shahid Buttar on April 1, 2020, in San Francisco. Photo: Santiago Mejia/The San Francisco Chronicle via Getty Images

*Editor's note: This article was updated to include additional context around the allegations made by Elizabeth Croydon.*

The campaign of Shahid Buttar, a democratic socialist challenger to House Speaker Nancy Pelosi, is stumbling amid allegations of sexism and mistreatment of staff in the workplace. The allegations, which former staffers described to The Intercept, prompted the San Francisco chapter of the Democratic Socialists of America to consider a draft resolution rescinding the organization's endorsement of the candidate.

Buttar's campaign has faced a period of personnel turmoil since the March 3 Democratic primary, with at least 10 staffers and contractors departing. That includes his top three staffers: campaign manager

Jasper Wilde, finance director Emily Jones, and field director Otto Pippenger. Most staff on Buttar's current team started after the primary, and he no longer has a campaign manager — a change he attributed to a restructuring toward a distributed leadership model. His previous staff, he said, were resistant to empowering volunteers.

In an interview with The Intercept, Buttar denied the allegations and argued that the former employees were dressing workplace disputes in the language of harassment and discrimination. "The allegations that I'm ultimately being accused of, with respect to the campaign, are not gender-related. … It's a staff performance issue," he said. "What has been characterized as staff turnover is ultimately staff improvement."

## oin Our Newsletter
### riginal reporting. Fearless journalism. Delivered to you.

| Email address | I'm in → |
|---|---|

gning up, I agree to receive emails from The Intercept and to the **Privacy Policy** and **Terms of Use**.

Complaints about the campaign's culture came to a head this week, when 44 members of the DSA SF chapter — including three former Buttar campaign staffers, Patrick Cochran, Raya Steier, and Sasha Perigo — signed on to a proposed resolution to rescind their endorsement of him. The resolution cited a sexual harassment accusation from a former acquaintance — which was made public Tuesday on Medium, and which Buttar has denied — and "a pattern of abuse including but not limited to sexual inappropriate behavior with his staff and volunteers." The Intercept could not independently corroborate the charge of sexually inappropriate behavior. However, The Intercept has spoken to several people who recounted having disturbing interactions with Croydon that caused them to question her credibility. A letter signed by more than a dozen longtime members of the left activist community, including Medea Benjamin, said Croydon had "a widely known pattern of making false allegations." One of those people, Stacey Haines, her one-time roommate, said that the charges made in Croydon's Medium post looked familiar to her because, in fact, Croydon was repeating stories Haines had shared about her own experiences. Croydon confirmed that she previously lived with Haines, but denied Haines's claim that she fabricated her allegations by appropriating Haines's own stories. Previously, Croydon had implied Buttar was somehow implicated in the death of a friend of his, posting last October on Twitter that Buttar's friend "died mysteriously at a party and he colluded in the cover up." She also claimed there were "armed pimps" at a different party of his. Neither allegation has any merit. In a previous interview, Croydon denied making accusations against Buttar in relation to his friend's death. Presented with the tweets, Croydon said she did not intend to implicate Buttar in the death, but that there were questions and inconsistencies, and would only speak to authorities about it. (It has been ruled an accident. "I have no faith in the veracity of her claims of any sort," said Anna Ricklin, who was the partner of the man who died.) Croydon, in Bay Area press coverage, is described as a comic who has appeared on "The Tonight Show," but there is no indication in "The Tonight Show" archives or on IMDb that she

appeared on the show; Croydon said she was interviewed by "The Tonight Show" while she was appearing on the reality show "Last Comic Standing."

The proposed resolution goes on to state that Buttar "mismanaged his campaign by treating his campaign team, specifically the women, in a belittling, demeaning, hyper controlling and abusive manner. The Shahid Buttar campaign has had massive turnover for months because of Shahid's behavior with many key staff positions still not filled."

On Wednesday, the chapter's electoral committee passed the resolution by a vote of 36 to 6.  The proposed resolution, which also calls on Buttar to "participate in restorative justice by engaging in group conflict resolution to fully acknowledge the harm he has caused," will go to a full vote on August 4, according to a Monday email sent by the chapter's steering committee. The "resolution can be amended up until it has been voted upon and either passed or not by the membership," according to the email.

Asked about the proposed resolution, which was initially posted in a public Google Doc to which access has since been restricted, the committee's co-chair Faye Wang declined to comment, saying that they were still in the process of gathering information and couldn't talk about internal processes until the chapter issued a formal decision or statement on behalf of members. "Sexual harassment and gender discrimination are antithetical to the principles of democratic socialism, and are issues that DSA San Francisco takes seriously," Wang wrote in an email.

## Buttar rejected staff complaints about gendered discrimination, saying they amounted to a misunderstanding of his style of management.

In tweets posted Tuesday, Buttar rejected staff complaints about gendered discrimination, saying they were muddled and amplified by the sexual harassment allegation, and amounted to a misunderstanding of his style of management. "These claims have been amplified by former staff who have conflated our campaign's attempts to manage concerns with their performance with gender-based discrimination," he said.

The San Francisco Berniecrats are looking into the accusations against Buttar, the group announced in a Facebook post Tuesday. The San Francisco League of Pissed Off Voters, which endorsed Buttar in 2018, said Wednesday on Twitter that it was aware of the allegations and taking them into consideration for its November election process. San Francisco City Supervisor and DSA SF member Dean Preston rescinded his endorsement of Buttar following the allegations from the former acquaintance, the San Francisco Chronicle reported. He did not respond to a request for comment.

Buttar, an activist and constitutional lawyer who is well-known in San Francisco's leftist political and art scene, advanced to the November general election following the March primary, in which he obtained 13 percent of the vote. Under California's primary system, the top two candidates advance to the general election, regardless of their party affiliation. He previously challenged Pelosi in 2018, when he came in third in the primary and did not advance to the general election. Still, Buttar is the first serious left-wing challenger Pelosi has faced in her 30 years in office, and the race is a broader test of whether the Bay Area left can organize to replace her ahead of her potential retirement in 2022.

In interviews with The Intercept, seven former staffers and contractors on Buttar's campaign described a pattern of public berating and insults toward staff regardless of gender, but particularly toward women on the campaign. They said Buttar was a tough boss, but his treatment of staff crossed a line.

On Tuesday, Mission Local reported that a number of former staffers said they had signed nondisparagement agreements and that Buttar "denied the existence of the NDAs." The Intercept obtained a copy of a campaign contract that included a nondisparagement clause and in a Wednesday interview, Buttar acknowledged that some staffers, including his former campaign manager, Wilde, had signed such contracts.

"I can vouch for the culture of misogyny that existed in the campaign," said Raya Steier, a DSA SF member and a former full-time field organizer for Buttar's campaign who joined the campaign in May and resigned in June. "I have experienced it personally."

Steier said they'd seen Buttar publicly berate and humiliate multiple women staffers, including Wilde and Buttar's former campaign finance director, Emily Jones. Steier, who came to the U.S. from India, helped start the #MeToo movement by releasing the name of academics accused of sexually harassing students at universities around the country. Following university investigations, at least four professors were fired. "These are patterns of abuse that I know very closely," they said.

Steier said they left for those reasons, as well as concerns that Buttar's campaign was all for show.

Regarding the complaints about workplace culture, Buttar said skilled volunteers felt alienated by former staff and were made to feel like they couldn't participate. He pointed to a number of campaign metrics to show that performance had improved following the staff departures. The campaign more than doubled its fundraising between March and June and made more than 110,000 calls after the primary, "roughly all of them" after the staff changes, said Patricia Brooks, a communications volunteer for Buttar's campaign, compared to roughly 7,000 phone calls and 12,000 canvass attempts before the primary. Brooks said the campaign also grew its email list by 110 percent, with 37,300 emails on its list, and added at least 2,200 volunteers after the primary, for a total of 3,000.

> **Jones said her entire team quit "because Shahid insulted them at some point or another. … It is more diabolical when a man in hippie pants is a misogynist."**

Some staffers pointed to Buttar's salary as a point of contention. According to Federal Election Commission filings, Buttar is making just under $100,000 a year, about one-tenth of the $1.1 million his campaign has raised so far. It's legal for candidates to pay themselves with campaign funds during the election cycle, a reform that was fought for so that candidates who are not wealthy enough to go without income for a year or more can make bids for office. Staffers were nonetheless surprised. "When people found out, there was a huge amount of frustration in our circles internally," said Sasha Perigo, a local columnist and DSA SF member who worked part-time on contract doing email fundraising for the campaign. "People were like, are you fucking kidding me?"

Buttar noted that his salary is equivalent to his previous salary working for the Electronic Frontier Foundation. "The idea in any way that I'm benefitting is frankly preposterous," he said.

Jones told The Intercept that Buttar lashed out at his staff, and at women staff in particular, both in public and private. She began consulting for the campaign on a freelance basis at the end of December and joined the staff on February 19. By May 15, she submitted her resignation. Jones said her entire team, including an email fundraiser, someone who handles social media ads, and the public relations team, quit "because Shahid insulted them at some point or another. … It is more diabolical when a man in hippie pants is a misogynist."

"Everybody quit," she said. "Imagine people have a $4,000, $5,000 salary during a pandemic and they quit their job. Imagine that."

In the days following the March primary, Buttar attempted to mend relations with frustrated campaign staff, according to Jones and an internal email obtained by The Intercept.

During a March 7 meeting Jones described as a campaign "intervention" with staffers, the campaign's public relations firm the Worker Agency, and other unofficial senior campaign advisers, Buttar apologized to staffers for his past actions. Buttar, in an interview, described the meeting as a breaking point between the campaign and the staffers who ended up leaving, with major disagreements over strategy. (The Worker Agency, which dropped Buttar's campaign in April, declined to comment.)

The next day, Buttar apologized directly to Jones in an email. "I've come to understand that my impatience and preoccupation has made you feel disrespected, and I owe you an apology for that. I am truly sorry, and did not realize how my actions were impacting you," Buttar wrote, going on to describing "unfortunate dynamics" between him and Jones, and him and Wilde. "If you have the patience left to give me another chance, I would like to do the same with you."

Patrick Cochran, former volunteer coordinator for Buttar's campaign and a DSA SF member who signed the proposed resolution, joined the campaign on January 15 and left May 15, citing "Jasper and Emily being treated like shit," he told The Intercept. "Also, I just thought the campaign was directionless, and Shahid was not a viable candidate," he said. "Something in the campaign was off."

"As a male staffer, I felt like I never was treated bad by Shahid," Cochran said "He treated Jasper and Emily terribly."

## "If you're gonna attack Nancy Pelosi for her freezer and her ice cream, you better make sure that your house is clean too."

"There was obviously a huge gulf of difference between my interactions and their interactions, which led me to believe he was misogynistic," he said, referencing Wilde and Jones. "We had a weekly meeting, and it was pretty frequent for Shahid to kind of belittle or brush aside any points they made. And especially Emily, it would get into really uncomfortable and just downright misogynistic and just mean how he would treat Emily whenever she brought up a point in our meetings."

"He's tried to use the defense, 'I'm a tough boss,' which is completely not true. … There are demanding bosses that are like that. It wasn't like that," he said. "Because if he was a tough boss, he would have been tough to me."

"We always just thought he was doing this for his own personal profile," Cochran said. "If you're gonna attack Nancy Pelosi for her freezer and her ice cream," he said, "you better make sure that your house is clean too."

In the Monday meeting with DSA SF, Buttar responded to concerns about staff turnover by pointing to performance issues, according to Jones and another staffer who attended. "I had a lot of frustrations with the campaign staff that was, you know, frankly, challenging to manage and did very much have their own ideas about what was in the campaign's best interest," he said.

"Due process is important," Buttar told The Intercept when asked about the meeting. "There are a great many facts here that should come out. And I would love for DSA to explore them."

Perigo told The Intercept that Buttar publicly berated her work and treated his employees poorly, sometimes along gendered lines. "I'm receptive to feedback on my work," she said. "I've had a lot of bosses before, and I've never had this problem with any of them." Perigo left the campaign in April at the same time as other staffers "in solidarity with Jasper" and others who'd resigned. "I just felt that the campaign was a vanity campaign," she said. "There were a lot of times where he would berate me to the point where I was like, should I be here? Like what is the point? This isn't a huge moneymaker for me. It's just part-time," she said.

"I noticed a pattern where Jasper was constantly made to apologize for Shahid's very brash behavior. And I felt that that dynamic was very gendered," she added. "And that is part of why I signed the DSA resolution."

"What kind of socialist candidate are you if you're mistreating comrades in your own chapter?" she said.

**Correction: July 23, 2020, 7:25 p.m. ET**
*A previous version of this article misstated the number of volunteers who have joined Buttar's campaign since the primary.*

12/2/21, 12:01 PM                           Nancy Pelosi Challenger Accused of Workplace Misconduct

**WAIT! BEFORE YOU GO** on about your day, ask yourself: How likely is it that the story you just read would have been produced by a different news outlet if The Intercept hadn't done it?

Consider what the world of media would look like without The Intercept. Who would hold party elites accountable to the values they proclaim to have? How many covert wars, miscarriages of justice, and dystopian technologies would remain hidden if our reporters weren't on the beat?

The kind of reporting we do is essential to democracy, but it is not easy, cheap, or profitable. The Intercept is an independent nonprofit news outlet. We don't have ads, so we depend on our members to help us hold the powerful to account. Joining is simple and doesn't need to cost a lot: You can become a sustaining member for as little as $3 or $5 a month. That's all it takes to support the journalism you rely on.

[Become a Member →](#)

**RELATED**



**An Interview With Nancy Pelosi Challenger Shahid Buttar and a Look at the History of Fascist Movements in the U.S.**



**Nancy Pelosi to Receive First Genuine Left-Wing Challenge in 30 Years**

**LATEST STORIES**

**Eligible for Release in 2016, Mutulu Shakur Remains Behind Bars With Worsening Cancer**

Natasha Lennard — 9:38 a.m.

Judicial discretion and an antiquated parole system are turning the Black liberation leader's illness into a death sentence.

**The Coronavirus Crisis**
**The Biden Administration's Game of Chicken With Border Patrol Over Vaccines**

Ken Klippenstein — Dec. 1

Nancy Pelosi Challenger Accused of Workplace Misconduct

"I thought this would all be a bluff," one agent wrote. "The threat of losing my job is one I cannot afford to go against."

### Investigators Debunk Far-Right Claim That Dayton Mass Shooting Was Linked to Antifa

Robert Mackey — Dec. 1

The FBI refuted a right-wing claim that the 2019 mass shooting in Dayton was left-wing political violence; now the same people are making that claim about the Waukesha parade massacre.

 JOIN THE CONVERSATION

**The Intercept_**

ABOUT

POLICIES AND REPORTS

BECOME A SOURCE

JOIN NEWSLETTER

BECOME A MEMBER

TERMS OF USE

PRIVACY

SECUREDROP

© FIRST LOOK INSTITUTE. ALL RIGHTS RESERVED

# Exhibit E



**MOBILE**

# Pelosi challenger Shahid Buttar accused of sexual harassment, misogyny


by **JOE ESKENAZI**
JULY 21, 2020


Shahid Buttar has denied accusations of sexual harassment from a former colleague and misogyny from former staffers.

The campaign of Shahid Buttar, the attorney hoping to unseat Rep. Nancy Pelosi from the left, is mired in a chaotic stretch, beset by allegations of sexual harassment from an acquaintance and of misogyny by numerous former campaign staffers.

On Tuesday, East Coast comedian Elizabeth Croydon publicly accused Buttar of ongoing and persistent sexual harassment starting in the early 2000s; she said Buttar incessantly pressed her for sex against her wishes and, on at least one occasion, made unwelcome physical contact with her.

Croydon also alleges that in the early 2010s, Buttar mocked and belittled her regarding her decision to remain celibate — despite being told, repeatedly, this was a method of coping with past sexual assaults.





2929 19th St. San Francisco, CA 94110
(415) 647-4709   info@jamestownsf.org

"I'm not coming out because he's making a name for himself. I'm coming out because he's seeking a high seat of power," Croydon told Mission Local. "And he needs to be completely trustworthy. And predators aren't trustworthy. I wish I had come out earlier."

Also this week, the Democratic Socialists of America's San Francisco chapter began the process of potentially rescinding its endorsement of Buttar. The resolution cites Croydon's allegations — but doesn't end there. One of its five clauses reads:

> **WHEREAS** *Shahid Buttar mismanaged his campaign by treating his campaign team, specifically the women, in a belittling, demeaning, hyper controlling and abusive manner. The Shahid Buttar campaign has had massive turnover for months because of Shahid's behavior with many key staff positions still not filled.*

The **resolution** was signed by more than 40 DSA members, including state senate candidate Jackie Fielder and Supervisor Dean Preston.

In both a Twitter chain and in an interview with Mission Local, Buttar denied Croydon's allegations categorically.

"I feel very strongly that survivors need to be heard. I'm grateful that all the facts may come out," he said. "She describes a communal and group house I had in D.C. in 2005 to 2008. We were both performers in a group called D.C. Guerilla Poetry Insurgency. This was a place we frequently held events. That much is true. The rest is not."



**URBAN PUTT IS BACK!**
Open Tuesday through Sunday,
from 4pm weekdays and 11am weekends

**URBAN PUTT**

**Eat, Drink, Putt!**
1096 S. Van Ness Ave, at 22nd St

The candidate also denied fostering a misogynistic, toxic workplace atmosphere. Rather, he cited "performance challenges" from "a number of staff: Some women, some men."



**Shahid Buttar for Congress** ✓



But this did not ring true to a goodly number of former Buttar staffers. None made claims akin to Croydon's, but did object to Buttar's allegedly dismissive and belittling attitude toward female employees. Departed staffers also accused Buttar of failing to put in the hard work necessary in an uphill campaign while paying himself $8,335 a month from campaign funds — more than $52,000 since January.

Buttar defended drawing a salary from campaign funds — which is legal. "Not everyone can be an oligarch like Nancy Pelosi," he said. "I made more money in my first year out of law school."

This did not resonate with former staffers.

"I strongly believed, and still believe, in his policy positions. But I do not have faith in Shahid as a leader," said former field organizer Raya Steier. "He needs to work on his attitudes with women. Trying to imply these people had performance issues? That's not the case at all: *He* had performance issues."

Former staffers said Buttar's campaign staff has already completely turned over twice, with more than half a dozen employees or contractors quitting at around the same time in April or May.

"As a male staffer, Shahid never did anything terrible to me. But women staffers? A completely different picture," said Patrick Cochran, Buttar's former volunteer coordinator.

Cochran recalls his female colleagues needing to gather "three or four men" to have their ideas taken seriously by the candidate.

William Fitzgerald, who handled PR for Buttar, shared similar memories: "It felt to me, as a white guy, he listened to me a lot more than the women members of his team," said Fitzgerald, a principal at The Worker Agency.

"It was obvious and he would often speak down to and be extremely rude to women. And in front of lots of people. And it was not a one-off and not to just one woman."

Fitzgerald says he broke ties with the campaign in April. "We wanted to see him through the primary."

Buttar took 13 percent of the vote in that March primary, coming a distant second to the incumbent Pelosi's 74 percent — but earning a rematch in November's general election.

Multiple former campaign staffers declined interviews, including former campaign manager Jasper Wilde and finance director Emily Jones, citing non-disparagement clauses in their contracts. Buttar denied the existence of the NDAs.

Croydon, a longtime comic and actress, said she's spent decades backstage with some of the nation's raunchiest and most belligerent comedians. None of them, she says, felt the need to probe and belittle her sexual history as she alleges Buttar did.

"It was humiliating and degrading and made me re-live other incidents," she says. "I am speaking out because I don't believe he is trustworthy enough to hold elected office. The Left can do better."

Buttar categorically denied all the allegations made in recent days, but was especially adamant that he never mocked Croydon for choosing to remain celibate following sexual assaults.

"That is the last thing I of all people would ever do," he said. "The most painful thing about reading this story is it is so wildly inconsistent with who I am."

> *Support Mission Local. We depend on our readers*

 ### JOE ESKENAZI

 getbackjoejoe@gmail.com

Joe was born in San Francisco, raised in the Bay Area, and attended U.C. Berkeley. He never left.

"Your humble narrator" was a writer and columnist for SF Weekly from 2007 to 2015, and a senior editor at San Francisco Magazine from 2015 to 2017. You may also have read his work in the Guardian (U.S. and U.K.); San Francisco Public Press; San Francisco Chronicle; San Francisco Examiner; Dallas Morning News; and elsewhere.

He resides in the Excelsior with his wife and three (!) kids, 4.3 miles from his birthplace and 5,474 from hers.

The Northern California branch of the Society of Professional Journalists named Eskenazi the 2019 Journalist of the Year.

**More by Joe Eskenazi**

 ### Zdog

July 21, 2020 at 9:18 pm

Well if the election doesn't go well, he could probably get a job at borderlands books…

 ### TITO

July 22, 2020 at 12:19 pm

The manbun and facial hair look not-of-this-world so I do believe you are on to something here!

12/2/21, 12:02 PM                              Pelosi challenger Shahid Buttar accused of sexual harassment, misogyny - Mission Local

 **Peter Perry**

July 24, 2020 at 5:46 am

July 23, 2020

Open Letter of Support for Shahid Buttar

We, the undersigned, wish to express our complete support for Shahid Buttar regarding all aspects of his character, integrity and leadership. We specifically wish to vouch for his high ethical standards and behavior.

Collectively, our experiences with Shahid range from the personal to the political, in settings including our homes, workplaces, and the streets. In each of these places, we have witnessed and interacted with a man who embodies the values he espouses, deeply respects women and listens carefully to all those around him. Shahid's empathetic approach to connecting with others and his inherent kindness define who he is and how he comports himself in all parts of his life. We also know him as a committed feminist who fights for women's rights and against patriarchy.

Recent allegations have attempted to draw a different picture of Shahid than the one we know to be true. We believe these allegations are false and ill intentioned.

The accuser is well known in the DC social justice community. Unfortunately, this troubled individual has a long history of fabricating attacks against innocent people. A review of litigation she has filed in various jurisdictions would likely yield a revealing picture to an enterprising journalist. She has engaged in late night phone harassment campaigns, false allegations and physical threats against numerous individuals over the years. She is NOT a credible witness against this promising progressive leader.

We are discouraged by the speed Shahid was condemned without evidence and urge further investigation into these claims which come from an individual with a widely known pattern of making false accusations.

Shahid stands for peace, justice, and democracy. He embodies anti-oppression principles and has a demonstrated record of practices that promote equity and inclusion. His disposition, intellect, and values combine to make up the type of person we should all hope to represent us as an elected official.

Signed,

Polly Miller
Martine Zundmanis
Kevin Zeese
Margaret Flowers
Anna Ricklin
Chris Menocal
Medea Benjamin
Tighe Barry
Pat Elder
Fawn Damitio
Linda Schade
Stephanie Lenorovitz
Malachy Kilbride
Pete Perry
Ellen Thomas

 **h. brown**

July 24, 2020 at 11:34 am

Friends of Shahid,

Please count me in.

h.

12/2/21, 12:02 PM                                    Pelosi challenger Shahid Buttar accused of sexual harassment, misogyny - Mission Local

 **TITO**
July 24, 2020 at 2:10 pm

"The accuser" – uh…OK? And what of ALL the former campaign workers who went on-the-record about Shahid's misogyny?
Oh, you're not going to address that because it makes your singular attack upon "the accuser" seem rather hollow? Ok!

Enjoy Speaker Pelosi's next term and Shahid's move to the cluttered dustbin of former-politico wannabes.

Cheers!

 **Chrissy**
July 28, 2020 at 2:59 pm

I just read the article in medium. This isn't right. They are sitting in a circle talking about sex openly and he's harassing her because
she doesn't like his remarks? Come on. This kid of stuff sets us back. He blocks her way at a party? That's not harassment. I'm sorry.
It just isn't.

 **Gloria**
August 7, 2020 at 11:00 pm

Typically, you avoided the point.

Did you read the article? What about the other women?

They're lying, too? They are paid by Pelosi?

My gawd, how gullible can you get and still survive?

 **Angela**
August 7, 2020 at 10:47 pm

So you don't "believe all women"? What about his staffers that complained of his misogyny? That he never listens to the women.

The women say he doesn't work.

This guy is such a blatant liar, a GOP tool, posting nothing but rightwing-fed attacks on Nancy Pelosi.

it is painful to see young people having such a poor judge of character and falling for his shtick.

With all we have to worry about now, this wastrel and all the "Justice Democrats" can do nothing but attack powerful Democrats.

Doesn't this give you a clue, people? How dumb do you have to be?

Another question: Why are so many men of Pakistani heritage on this quest to destroy Democrats?

 **Colin**
September 11, 2020 at 5:43 pm

So you are a corporate democrat bootlicker… how dumb do you have to be to think Nanci Pelosi has better policies than Buttar and
the justice democrats?

 **Polly Miller**
July 24, 2020 at 9:04 am

Unfortunately, Ms. Croydon has a history of falsely accusing men of this exact thing. She uses litigation, intimidation, and claims of sexual harassment to gain attention or attempt to further her career. Her campaigns of intimidation have caused people pain.

I do not say any of this lightly. I was raped in my late 20s and felt I wouldn't be believed. Mr. Buttar is not the first person Ms. Croydon has accused. I was present for an incident 10 years ago where she accused someone of sexual harassment.

This incident where she accused another man didn't happen and there were 5 people in the room at the time. Ms. Croydon was attending a peace poetry jam at the home of a friend. I asked her to stop focusing her anger at me regarding her ill-fated relationship with my husband. Ms. Croydon got up out of her chair and lunged at me. The host put himself between the two of us and urged her to sit down. The next day she told a party full of people that he had sexually assaulted her. This did not happen.

I am acquainted with Mr. Buttar. We worked together planning a response to the death of Michael Brown in Ferguson, MO. I have no opinion about his candidacy, but I cannot stay silent while Ms. Croydon repeatedly falsely accuses men of sexual harassment. The credibility of victims cannot and should not be damaged by opportunists like Ms. Croydon.

I feel sorry for Ms. Croydon, as well. She is clearly troubled. There are videos of her rantings, legal paperwork prepared in frivolous lawsuits and a group from Washington, DC is preparing to support Mr. Buttar.

I can't be silent in this case. Please do not pass judgment on this accusation until all the information has come to light.

Thank you.

 **Rosh**

July 24, 2020 at 6:35 pm

Where you there when the alleged exchange took place, or you're relying on hearsay?

Anyways, there's multiple facets here. A lone accusation may or may not have been published, but that's irrelevant when there are multiple allegations.

 **Angela**

August 7, 2020 at 10:49 pm

Gee, I guess you haven't seen the anti-Democrat and anti-Pelosi propaganda he posts almost every day on Facebook.

You don't care much about facts in that case?

 **Elise A Villemaire**

July 21, 2020 at 10:48 pm

Could be absolutely true. Pelosi's insane power & wealth could buy a lot of lies, too.

Not sure I would support a Warmonger over a potential bigot?

 **Jane**

July 22, 2020 at 7:04 am

Moreover, Nancy Pelosi has publicly dismissed AOC and others in the progressive movement. We have a public record of her antagonizing AOC and other POC members of the Squad as well as downplaying their work in the progressive movement and on legislation. Anyone reading this, please don't be so easily duped and manipulated by games of the establishment and other enemies of real change from the left.

 **Juan**

July 22, 2020 at 10:38 am

Warmonger? Dramatic much? Obviously disillusioned with reality yes.. This guy is an absolute misogynistic creep. But he maybe able to linger around with conspiracy theorists like you. You're no better than the QAnon folks.

 **TITO**

12/2/21, 12:02 PM                    Pelosi challenger Shahid Buttar accused of sexual harassment, misogyny - Mission Local

July 22, 2020 at 12:24 pm

So Nancy Pelosi not only got a long-time acquaintance of Shahid's to accuse him of sexual harassment but ALSO got his own STAFF to quit and then give interviews in which they say he's a misogynist?

Wow. Someone *that* powerful better be working for me. I'm definitely voting for Nancy Pelosi now.

 **MiTCh**

July 23, 2020 at 4:20 am

All we know is JE says these things happened. All it would take is for HIM to be in Nancy Pellosi's pocket. We don't know what actually happened. Why do so many simply accept his word wholesale? The truth is out there . . .

 **Joe Eskenazi** ⬤

July 23, 2020 at 12:16 pm

Dear Mitch —

There were a number of on-the-record quotes in this story. But you're right: We don't know what happened. We only know what a number of people are saying, on the record, happened, and Mr. Buttar is saying, on the record, did not happen.

We also know it's spelled "Pelosi." And that it's crassly stupid and reductive to assume reporters who write articles you don't like are on the take.

Best,

JE

 **Chrissy**

July 28, 2020 at 2:46 pm

What is she saying the unwanted physical contact was? Also, was he her boss or I. A position where he controlled her career? Were they dating? Did she tell anyone? Would she be admonished from speaking up? I'd really like to know. As it stands now, the story is that he tried to have sex with her, they talked about sex and he was a douche as a boss. I need more in order to stop supporting him. Like a more specific incidents of mistreatment of female employees. Was there different pay? Belittling comments? Alienation? I don't want to be a hypocrite b/c I was done with Biden when I saw the Reade interview, but I just need something more. I also don't think trying to get sex makes a man a predator, however the unwanted physical advance she mentions could put him in the category. I think that's important.

 **Gloria Star**

July 22, 2020 at 1:37 pm

One thing I'm not buying: This plutocrat-bots' campaign to attack Nancy Pelosi extending into the "Justice Democrats" saboteurs.

Stop your nonsense.

This is serious. In case you haven't noticed, we are in a constitutional crisis compounded by a pandemic and a soon-to-be-sunk economy.

 **cynthia papermaster**

July 24, 2020 at 9:16 am

DC Activists Support Shahid Buttar, Call Accuser Troubled Person With History Of False Accusations

https://independentpoliticalreport.com/2020/07/dc-activists-support-shahid-buttar-call-accuser-troubled-person-with-history-of-false-accusations/

12/2/21, 12:02 PM                                    Pelosi challenger Shahid Buttar accused of sexual harassment, misogyny - Mission Local

 **Angela**
August 7, 2020 at 11:02 pm

Oh, if it says it in the "Independent Political Report," it must be true.

How sad for you.

 **Craig Randall Latimer**
July 22, 2020 at 4:19 am

Straight out of the DNC playbook.

 **TITO**
July 22, 2020 at 12:27 pm

Which part of the playbook has the directions on how to have your opposition's STAFF *quit* and then accuse their former employer of misogyny?

I'm finding these Shahid-truthers equally entertaining and insane, myself.

 **Gloria Star**
July 22, 2020 at 1:38 pm

Yes, they are all insane. Check out his ubiquitous FB ads. One rightwing trope after another, all attacking Pelosi.

And the knuckleheads who respond.

It's all sickening. More sabotage from the "Justice Democrats."

I mean….how gullible are these young people to believe that AOC isn't the puppet of some very bad actors.

 **h. brown**
July 22, 2020 at 3:18 pm

Jane,

Other than that, did you enjoy the play?

h.

 **h. brown**
July 22, 2020 at 5:42 pm

Campers,

I don't buy it.

Here's the lady he's supposed to be harassing …

https://www.youtube.com/watch?v=5ofKaOQvvH8

h.

 **aapi**

July 22, 2020 at 9:53 am

Whoa h., seriously? From that clip she looks like an awesome, 420-friendly bbw!

 **Jane**
July 22, 2020 at 6:58 am

This is so obviously an attempt to take down a formidable opponent at the 11th hour. Disgusting and transparent. Listen to his interview on the Majority Report, look at his work on civil rights. Let's compare the only things we can truly measure about these two candidates: their records as public servants. Shahid wins, no contest.

 **hayes**
July 22, 2020 at 7:26 am

"Formidable opponent at the 11th hour"? Buttar's lost to Pelosi in a landslide not once but twice already.

 **Koba**
July 22, 2020 at 9:19 am

"Formidable opponent"

Yeah, right. 😊

 **Harry**
July 22, 2020 at 9:23 am

Gosh! Who'd have thunk it?

A "progressive" leftist who pays himself $100,000 out of funds supposedly "for the cause", desires power, and misuses what little power he has.

Bill Clinton must be so proud.

I BELIEVE THE WOMEN and I find the denials here by lefty suppliants both hypocritical and hysterical.

 **aapi**
July 22, 2020 at 9:49 am

Formidable? I don't think Nancy was worried about this guy for a second.

 **Gloria Star**
July 22, 2020 at 1:40 pm

Right. "Formidable" in his own mind — and the "minds" of the paid bots.

 **Sam cohen**
July 25, 2020 at 11:41 am

Considering that pelosi ran a campaign for the first time in decades (I got multiple calls and text messages to vote for her) I would certainly say she's worried

12/2/21, 12:02 PM                               Pelosi challenger Shahid Buttar accused of sexual harassment, misogyny - Mission Local

 **phil**
July 22, 2020 at 11:04 am

Jane. You're no better than the misogynists who create daily struggles for women in the workplace

 **Jorge**
July 22, 2020 at 8:39 am

Will there be a third candidate. I don't like either of these two.

 **Gloria Star**
July 22, 2020 at 1:40 pm

Then why don't you sit this one out.

You obviously have trouble with decision making, and we cannot afford more sabotage.

 **Matt**
July 22, 2020 at 8:44 am

Yall are insane if you think shahid had any chance of winning even before this came out.

Also do we really believe that multiple former staff are some how apart of a Pelosi conspiracy? Lol.

 **Harry**
July 22, 2020 at 9:26 am

What does her act have to do with it? Or are you just saying she's too unattractive to be a victim of harassment? If you are, you're woefully wrong about how harassment happens.

 **Meg Brizzolara**
July 22, 2020 at 9:51 am

Ok, so now what? We dump Buttar and support a war mongering corporate neo liberal ? I hate knowing this about Buttar but he's a damn sight better than most. Like Rebecca Solnit says, votes are not love letters, they are chess moves.

 **TITO**
July 22, 2020 at 1:37 pm

By all means vote for whomever you prefer, but let's be serious – the 12th District is Pelosi's chessboard and Buttar was always playing checkers. This is all performative politics that pays him over $8,000 dollars a month, Representative Pelosi was never losing this race. Particularly when his own staff is leaving the campaign in disgust, I mean if you can't count on your staff for votes….

 **Gloria Star**
July 22, 2020 at 1:46 pm

"Performative Politics" — nice and succinct. Thank you.

It's still sad that some staffers claim to "still believe" in his "platform."

Same thing happened with Vermont Jesus.

The cult just doesn't connect the personal with the political.



### Gloria Star

July 22, 2020 at 1:41 pm

Here's a possibility in response to your "now what"?

Stop throwing mindless tantrums and get serious about digging our country out of the ditch.



### seedeevee

July 22, 2020 at 2:25 pm

Let's start by removing Nancy Pelosi!



### Gloria

July 23, 2020 at 8:49 am

I think I hear your bong calling you.



### Jake T

July 22, 2020 at 10:40 pm

Rebecca Solnit, unfortunately, should not be listened to about anything.



### h. brown

July 24, 2020 at 11:51 am

Jake,

What's your full name?

I'm Harold Lee Brown.

Google doesn't give me anything when I ask about 'Jek T' in SF.

You've slandered a great American writer.

Now, man up or shut up!

Gascon for DA in LA!

h.



### Brian

July 22, 2020 at 10:07 am

look at you faux woke commentators "not believing her"….pathetic hypocrisy of the progressives. Doesn't benefit you so now you won't believe every woman. I'm not voting for a misogynistic man bunner.



### Fawn

July 22, 2020 at 10:27 am

I've known Shahid for close to 20 years too and I've NEVER seen anything close to the behavior she accused him on. At times, he has seemed like more of a feminist than even me. Normally, I give people the benefit of the doubt but this is so polar opposite of who I know Shahid to be I cannot believe this.

This is sad not only for Shahid but for any woman who has legitimate claims around sexual harassment. If Pelosi is behind this she should be ashamed of herself for continuing to value power and money over doing the right thing.


### Jenny
July 22, 2020 at 1:02 pm

Funny, people said the same thing about Harvey Weinstein and Brett Kavanaugh. Believe all women-until they go against your politics. Then it's shut up and business as usual.


### Lee MAckey
September 4, 2020 at 6:33 pm

Literally nobody ever said that about Harvey Weinstein


### Gloria Star
July 22, 2020 at 1:42 pm

Fawn — there is a big difference between platitudes and behavior.


### juan
July 22, 2020 at 10:40 am

Joe Good reporting. Given Mission Locals reader base, it must have been appealing to not publish this. The wacky comments that dismiss struggles of women in the workplace prove this. You made the right decision.


### Joe Eskenazi  ⬥
July 22, 2020 at 12:50 pm

Juan —

I'd publish a story about publicly leveled charges against my own mother (assuming she was running for office, etc. You get it).

Thanks for reading,

JE


### Gloria Star
July 22, 2020 at 1:44 pm

Great job, Joe.


### Jenny
July 22, 2020 at 12:59 pm

Believe all women-unless it's an uber left member of the progressive faction of the DNC. Then that woman is a liar and must be silenced.

12/2/21, 12:02 PM                                Pelosi challenger Shahid Buttar accused of sexual harassment, misogyny - Mission Local

 **seedeevee**

July 22, 2020 at 1:34 pm

No one believes "Believe all women" – that would be a really stupid thing to do. Using "Believe all women" as a political cudgel – sure lots of people play that game.

 **Jenny**

July 22, 2020 at 1:04 pm

I'm almost tickled pink by all the women posting here defending this guy. Bet you all were screaming "Believe all women" during the Kavanaugh hearings and Weinstein's sentencing right? The hypocrisy of the uber-left progressives of SF never ceases to amaze me….

 **Sam cohen**

July 25, 2020 at 11:44 am

Except when this woman is known in the DC community for fabricating lies and is known not to be trusted..

 **Gloria**

July 22, 2020 at 2:01 pm

Perhaps most troubling is that the staffers didn't have this hustler's measure BEFORE they worked with him and, for a very long time, saw his misogyny in action.

Where are they learning judgment and critical thinking?

Do they just "believe" — and are easy marks for demagogues tossing brazen platitudes?

This is scary.

 **Mitchell**

July 22, 2020 at 2:08 pm

You do know the billionaires who fund the establishment aren't doing it out of the good of their heart, right? Plus, Pelosi voted to increase the military budget, doesn't want a green new deal, and more. I'm not defending Shahid if this is true, but to claim that Pelosi is for the people is blind. She also increased funding for ICE. To act like she cares about anyone but herself is to ignore her record from 2010s to today in congress.

 **Angela**

August 7, 2020 at 10:55 pm

You LeftTeas crack me up. You certainly think you are the center of the universe.

Based on your getting a text from Nancy Pelosi's campaign, you decide it's the challenge from this shameless hustler that prompted it.

The only thing Pelosi is worried about is this country and its people.

And shame on you feckless misogynists for failing her and failing your country.

 **cadence**

July 22, 2020 at 3:07 pm

Accusations towards Shahid could be true, or not, but the timing does make wonder about the intent, and where it's originating from. I still question why Nancy Pelosy wasn't able to come up with a stronger plan to impeach Trump.

 **TITO**

July 22, 2020 at 3:49 pm

>> Accusations towards Shahid could be true, or not, but the timing does make wonder about the intent, and where it's originating from.

Well once the sexual harassment accusations hit the wire then members his *former staff*,, who all quit for various reasons went on-the-record to detail his misogyny. The folks who HELPED him during the primary, deserting him before the general election would be seen by most people as pretty damning evidence. But others, apparently, only see shadowy "timing" at play or perhaps "conspiracy."

>> I still question why Nancy Pelosy wasn't able to come up with a stronger plan to impeach Trump.

LOL. Let me repeat that: LOL. Yes, yes, I too thought Pelosi's plan for impeaching Trump was inadequate since it stopped short of locking up every Republican Senator in a broom closet for two months and preventing them from voting to acquit him which is precisely what happened. I'm sure Shahid had a much better plan to prevent the Republican Senators from doing what literally anyone paying attention knew they were going to do.

 **Gloria**

July 23, 2020 at 8:51 am

Yes.

 **Gloria**

August 7, 2020 at 11:05 pm

These arrogant naifs just leave me breathless.

How can anyone this stupid still be able to type? Are they using voice control?

The "progressives" are worse than the MAGAs, who to their credit at least do not lie about having high ideals and noble goals.

 **Education Department**

July 22, 2020 at 6:47 pm

Poetry dependent alibis always seem, uh, what's the word for it?

 **Blissett**

July 22, 2020 at 11:25 pm

his biggest mistake was being successful. he should have gone into corporate law. stanford jd in his mid twenties. he blew it. its so easy to knock someone down on trumped up allegations. found guilty simultaneously with accusations arising. Distict 12 is powerful. Amoral and powerful

 **GS**

August 7, 2020 at 10:56 pm

Oh, you think he made the CHOICE not to have a career instead of hustling campaign funds based on lies?

I think it was the default.

 **Jujube**

July 23, 2020 at 3:44 pm

12/2/21, 12:02 PM                          Pelosi challenger Shahid Buttar accused of sexual harassment, misogyny - Mission Local

This insignificant man felt the need to campaign against Nancy Pelosi. He could have tried to take on a smaller, local position, but he can't stand to see a middle aged woman in a position of power. I am so very tired of this dynamic!

Nancy Pelosi doesn't reflect all of my values, but I'd like to see anyone handle the maniac in the White House and a Republican-led senate as effectively as she has. The particular allegations against this dude may or may not be true. Given his ridiculous campaign, they aren't difficult to believe.

 **h. brown**

July 24, 2020 at 11:58 am

jujube,

Is that handle after the gummies from Grand Theatre in St. Louis?

Anyway, Nancy is only 'middle aged' now if she lives to be over 160.

loo

Me too, close behind.

Go Giants!

h.

## GS

August 7, 2020 at 10:59 pm

But that's the "Justice Democrats" strategy, and they make no secret of it.

They focus on taking out powerful Democrats, and the four manipulative bros behind the JDs use every tech trick in the book to funnel money from God knows where into their pockets, "on behalf" of their candidates. Their chosen candidates.

This is the biggest scam going. And it's a mark of how social-media manipulations and Internet gamesmanship has skewed any sense of truth or decency.

They are knocking out powerful Democrats and replacing them with their mouthpieces — amateurs. AOC and her ilk.

Committing campaign fraud and very few report on it?

What's wrong with this picture.

Are young people that poorly educated and impulsive — that they fall for these cons?

I'm afraid that's the only possibility.

## Holly

August 2, 2020 at 7:12 pm

Our response to claims of sexual misdeeds can fight rape culture or support it. Praising the accused and vilifying alleged victims is rape culture. Learn more here:https://medium.com/@hollyharwood/rape-culture-in-progressive-politics-5d03a53d8a3b?source=friends_link&sk=abc90cf53086f8271ca19ece1d4eca9c

## jon

September 5, 2020 at 2:44 pm

**Reader**

December 27, 2020 at 5:46 am

Looking back o this story as the current furor around the ultimate "creep" Nancy Pelosi fuels again and she stifles health care for millions of women…. interesting how some things go

© 2021 LOCAL NEWS FOR A GLOBAL CITY.

PROUDLY POWERED BY NEWSPACK BY AUTOMATTIC

# Exhibit F



ELECTIONS    CAMPAIGN TRAIL    NEWS + POLITICS

# The end of Shahid Buttar's campaign — and the lessons

By **TIM REDMOND**    JULY 21, 2020

Shahid Buttar's campaign against Rep. Nancy Pelosi was always a longshot. He was challenging the person most responsible for challenging Donald Trump, and while Pelosi has angered some progressives for not moving faster on impeachment and other issues, Buttar is not Alexandria Ocasio Cortez or Jamaal Bowman.

And now he is almost certainly done.



*Shahid Buttar was never a part of SF grassroots politics at the level that would have allowed him to be fully vetted for such a critical job.*

An explosive Medium post by a prominent New York comedian and actor accuses Buttar of repeatedly sexually harassing her. Mission Local reports that campaign staffers have complained about a misogynist, toxic workplace.

The allegations by Elizabeth Croydon are horrifying:

Another instance that is intimately embarrassing and traumatic for me to talk about happened about a decade later. After a Guerilla Poet Insurgency meeting/performance, a small group of us sat around at a table to catch up, including Shahid. One of my friends asked how long it had been since people had had sex. Others answered. I responded that I had been celibate for some years. Shahid's response shocked and embarrassed me. "Oh my god, that is way too long! How can you go without sex that long? That's insane! I couldn't do it, you poor thing. It must be so hard." I told him that my celibacy was a voluntary decision because it helped me cope with surviving sexual assaults, batteries and other misconduct. I felt degraded, nauseated, and revolted that he would mock me in front of friends who looked to me as an outspoken voice for women.

Later when the group walked back to the communal house where Shahid used to live, he said "I still can't believe you aren't getting it." Shahid turned to the woman that he was with and said. "Can you believe Liz has been celibate that long, honey? Oh my god what is wrong with you? Don't worry Liz, we'll find someone to fuck you. Someone will do it. Someone has to FUCK you, Liz. I'd do it but I'm taken." I turned around to see Shahid smiling spitefully as he had done years ago in his kitchen as if to taunt me for rejecting him years before. I repeated that celibacy was my choice and asked him to let it go. Once we got to the house, Shahid again started telling people that I hadn't "been fucked" in a long time and asked other

men if they wanted to have sex with me saying that he had to recruit someone to do it. I reminded him I was a survivor of several sexual assaults and batteries. While ridiculing me was being framed as "humorous" it never had a humorous tone. I did my best to hold my composure but the truth is, my PTSD had been triggered. The more he taunted me, the more painful and vivid memories of the sexual assaults flooded my mind. I remember crying all night until my eyes were swollen because of the contempt and degradation I was shown in front of other women.

Buttar, of course, denies the allegations. In a statement on Twitter and in an interview with Mission Local, he said:

---

**Help us save local journalism!**

Every tax-deductible donation helps us grow to cover the issues that mean the most to our community. Become a 48 Hills Hero and support the only daily progressive news source in the Bay Area.

Learn more

---

"I feel very strongly that survivors need to be heard. I'm grateful that all the facts may come out. She describes a communal and group house I had in D.C. in 2005 to 2008. We were both performers in a group called D.C. Guerilla Poetry Insurgency. This was a place we frequently held events. That much is true. The rest is not."

but Democratic Socialists of America is moving to revoke its endorsement, and I suspect that a lot of these folks who are listed on his website are going to be facing the same decision.

There is a lesson here for DSA and other local and national figures who endorsed Buttar because he said he was a democratic socialist who supported the right issues. Which he said, and which he did.

This is San Francisco. This city has a well-established local progressive movement, which includes both grassroots activists and organizers and elected officials. There are lots of people who have been part of that movement, visible in it, active and working with others, for many years.

Buttar worked on national campaigns for the Electronic Frontier Foundation, but when it came to grassroots local activism, over issues like displacement and evictions and immigrant rights and police misconduct and so many other things, Buttar was not part of that movement. When he announced he was running for Congress, a lot of community folks had no idea who he was.

That's a problem. As it turns out, it was a major problem.

As Rebecca Solnit famously said, a vote is not a love letter; it's a chess move. The future of the congressional seat held by Nancy Pelosi is critical.

Pelosi has promised to retire after her next term (when she will be 82). She says if Hillary Clinton had won the presidency, she would have retired in 2016.

It's always tempting to go with the radical of the day, but in this city, we have to think long-term. In two years, San Francisco will elect a member of Congress who will likely be there for a generation. Should that be State Sen. Scott Wiener, who clearly wants the job and would be a formidable candidate? Or should it be former Sup. David Campos, who would be the first person who arrived in this country as an undocumented immigrant elected to Congress? Or should it be Jane Kim, who might have the support of Sen. Bernie Sanders? Or should it be Pelosi's daughter, who has made noises about wanting to run?

These are real questions, with real, lasting impacts, that progressives need to talk about now. Buttar's campaign was, by most accounts of people who pay serious attention to local politics, a diversion.

DSA, which has become a major, essential part of the local progressive movement, will have to come to terms with this, and they will. So will the San Francisco Berniecrats, Progressive Democrats of America, and the Tenants Union.

But all of us have to think in the future about how we choose and endorse candidates for something as important as a lifetime seat in the US Congress.

# Exhibit G

**Elizabeth Croydon**      22 Followers      About      Follow            Sign in      Get started

 Elizabeth Croydon · Jul 21, 2020 · 4 min read

Shahid Buttar Repeatedly Sexually Harassed Me

I have known Shahid Buttar for nearly 20 years. When I met Shahid in 2003 he lived in a communal home in DC which served as a hub for freelance opportunities in activism and the arts. I'd go there to network and see other artists despite the fact that Shahid consistently made me feel uncomfortable.

Shahid repeatedly pursued me for sex. In our earliest interactions, Shahid would dance up to me at social events, brush up against me in a sexual way and make comments about my body including weight gain or loss. I directly and clearly rejected his advances. I physically distanced myself from him at parties, turned down invitations, informed a friend I felt uncomfortable, avoided being alone with him, and eventually stopped going to the communal home until he moved out. Shahid let me know he was sexually available to me for years.

One specific incident happened at Shahid's communal home. I had gone to the kitchen to get a drink when Shahid sneaked up behind me. He cornered me with his body and got so close and brushed up against my breasts. He blocked me in so I could not move away and gave me a weird smile that unnerved me. This was during the time that he was repeatedly harassing me for sex. Although he didn't say anything to me, this interaction was meant to intimidate me. He eventually let me pass. I made it very clear I was not interested nor would I tolerate further advances and I left the house.

Another instance that is intimately embarrassing and traumatic for me to talk about happened about a decade later. After a Guerilla Poet Insurgency meeting/performance, a small group of us sat around at a table to catch up, including Shahid. One of my friends asked how long it had been since people had had sex. Others answered. I responded that I had been celibate for some years. Shahid's response shocked and embarrassed me. "Oh my

god, that is way too long! How can you go without sex that long? That's
insane! I couldn't do it, you poor thing. It must be so hard." I told him that
my celibacy was a voluntary decision because it helped me cope with
surviving sexual assaults, batteries and other misconduct. I felt degraded,
nauseated, and revolted that he would mock me in front of friends who
looked to me as an outspoken voice for women.

Later when the group walked back to the communal house where Shahid
used to live, he said "I still can't believe you aren't getting it." Shahid turned
to the woman that he was with and said. "Can you believe Liz has been
celibate that long, honey? Oh my god what is wrong with you? Don't worry
Liz, we'll find someone to fuck you. Someone will do it. Someone has to
FUCK you, Liz. I'd do it but I'm taken." I turned around to see Shahid
smiling spitefully as he had done years ago in his kitchen as if to taunt me
for rejecting him years before. I repeated that celibacy was my choice and
asked him to let it go. Once we got to the house, Shahid again started telling
people that I hadn't "been fucked" in a long time and asked other men if
they wanted to have sex with me saying that he had to recruit someone to
do it. I reminded him I was a survivor of several sexual assaults and
batteries. While ridiculing me was being framed as "humorous" it never had
a humorous tone. I did my best to hold my composure but the truth is, my
PTSD had been triggered. The more he taunted me, the more painful and
vivid memories of the sexual assaults flooded my mind. I remember crying
all night until my eyes were swollen because of the contempt and
degradation I was shown in front of other women.

Based on my personal experiences and many others not detailed, Shahid
Buttar is not trustworthy or deserving of holding elected office. I'm
compelled to share my history about Shahid as he may have harassed other
women and may continue this behavior as a Congressman if elected. Like
many survivors, I've felt terrified for my safety because speaking out against
powerful men is dangerous. By coming forward I hope to show others they
can do the same. I remain in constant solidarity with survivors of all
genders and holding abusers accountable for their actions. This only makes
our community and movement stronger.

We on the left must hold ourselves to a higher standard as we are
committed to creating a just and equitable world, free from sexual
misconduct, misogyny and bullying. After much contemplation, I made the
decision to come forward about my experiences with Shahid because I

cannot accept the rape culture which permeates every political ideology including the left. Men who consider themselves progressive or radical need to take responsibility for the sexual misconduct and misogyny within our communities. We CAN find the strength and courage to put candidates forward of the highest quality and trustworthy substance. If we as a movement will not stand with the most vulnerable in our society, we are not who we claim we are. I hope that by coming forward, progressives across America will think twice before investing their time, donations, and trust in a candidate that has a long history of sexual harassment.

The left can do better than Shahid Buttar.



Feminism      Shahid Buttar      Metoo      Womens Rights      Election 2020

About   Write   Help   Legal

# Exhibit H





# DC Activists Support Shahid Buttar, Call Accuser Troubled Person With History Of False Accusations

*(Note added by IPR editor: some of the letter writers have run as Green Party and independent candidates, worked on such campaigns and served on Green Party committees, etc)*

Open Letter of Support for Shahid Buttar

We, the undersigned, wish to express our complete support for Shahid Buttar regarding all aspects of his character, integrity and leadership. We specifically wish to vouch for his high ethical standards and behavior.

Collectively, our experiences with Shahid range from the personal to the political, in settings including our homes, workplaces, and the streets. In each of these places, we have witnessed and interacted with a man who embodies the values he espouses, deeply respects women and listens carefully to all those around him. Shahid's empathetic approach to connecting with others and his inherent kindness define who he is and how he comports himself in all parts of his life. We also know him as a committed feminist who fights for women's rights and against patriarchy.

Recent allegations have attempted to draw a different picture of Shahid than the one we know to be true. We believe these allegations are false and ill intentioned.

The accuser is well known in the DC social justice community. Unfortunately, this troubled individual has a long history of fabricating attacks against innocent people. A review of litigation she has filed in various jurisdictions would likely yield a revealing picture to an enterprising journalist. She has engaged in late-night phone harassment campaigns, false allegations and physical threats against numerous individuals over the years. She is NOT a credible witness against this promising progressive leader.

We are discouraged by the speed Shahid was condemned without evidence and urge further investigation into these claims which come from an individual with a widely known pattern of making false accusations.

Shahid stands for peace, justice, and democracy. He embodies anti-oppression principles and has a demonstrated record of practices that promote equity and inclusion. His disposition, intellect, and values combine to make up the type of person we should all hope to represent us as an elected official.

Signed,Polly Miller

Martine Zundmanis

Kevin Zeese

Margaret Flowers

Anna Ricklin

Chris Menocal

Medea Benjamin

Tighe Barry

Pat Elder

Fawn Damitio

Linda Schade

Stephanie Lenorovitz

Malachy Kilbride

Pete Perry

Ellen Thomas

Adam Eidinger

Ryme Katkhouda

This entry was posted in Green Party, Independents and tagged Nancy Pelowi, Shahid Buttar on July 24, 2020 [https://independentpoliticalreport.com/2020/07/dc-activists-support-shahid-buttar-call-accuser-troubled-person-with-history-of-false-accusations/] by Kevin Zeese.

---

### About Kevin Zeese

Kevin Zeese is a public interest attorney who has worked for economic, racial and environmental justice as well as peace since graduating from George Washington Law School in 1980. He co-directs PopularResistance.org which works to build the independent movement for transformational change. Zeese co-hosts, Clearing the FOG a radio podcast which airs on We Act Radio, Progressive Radio Network, and other outlets.  He is recognized as a leading activist in the United States in the series Americans Who Tell the Truth. Zeese was an organizer of the Occupation of Freedom Plaza in Washington, DC in 2011.  He serves as president of Common Sense for Drug Policy and is a co-founder of the Drug Policy Foundation, now known as Drug Policy Alliance as well as a former director of NORML. He is a co-founder of Health Over Profit for Everyone which seeks to put in place National Improved Medicare for All. Zeese is an advocate of Internet Freedom and is a leader of the campaign for Title II Net Neutrality to ensure equal access and treatment for everyone on the Internet.  Zeese served on the steering committees of the Chelsea Manning Support Network which advocated for the Wikileaks whistleblower and is on the advisory board of the Courage Foundation which supports Edward Snowden, Julian Assange, and other whistleblowers. Zeese is an election integrity advocate who a co-founded TrueVote Maryland which led a successful campaign to end the use of paperless voting machines in the state.  He has been active in independent and third party political campaigns including Peter Camejo for governor of California served as press secretary and spokesperson for Ralph Nader in 2004 and as a senior advisor to Jill Stein in 2016.  He ran for the US Senate in 2006; the only person ever nominated by the Green, Libertarian and Populist Parties of Maryland and the only person ever nominated by the Green and Libertarian Parties for a statewide office.
Zeese served as Attorney General in the Green Shadow Cabinet.
View all posts by Kevin Zeese →

---

16 thoughts on "DC Activists Support Shahid Buttar, Call Accuser Troubled Person With History Of False Accusations"

Cindy Knope

12/2/21, 12:03 PM          DC Activists Support Shahid Buttar, Call Accuser Troubled Person With History Of False Accusations | Independent Political Rep…

July 24, 2020 at 09:36

Cindy Knope

SocraticGadfly

July 24, 2020 at 11:00

If those folks don't like what the letter writer said abt Shahid Buttar, they've seen nothing to what Yasha Levine says abt both him & EFF. (IMO, I think he's right about Buttar being a performance artist, less right about other stuff.) https://yasha.substack.com/p/shahid-buttar-the-cheesy-silicon

That all said, Zeese and other Greens who signed that letter should IMO waste less energy on defending Buttar and more on wondering how well a vague pergressive fits GP values.

Third, they should put more focus on fighting Cal's duopoly-driven jungle primary.

And I just told Zeese, Halper and Butter's campaign account all of that on Twitter.

Pingback: PBC News & Comment: As Storm Troopers Hit Seattle, Local Cops Suck Their Thumbs – Peter B. Collins

William Saturn

July 25, 2020 at 00:12

This article provides no context about who this person is or why I should care.

Pete Perry

July 25, 2020 at 08:40

That piece on EFF was laughable. It is a rather small activist oriented org fighting for users' privacy rights. It is NOT a K Street-type corporate lobbying firm representing the Silicon Valley big guys.

CSS

July 25, 2020 at 18:53

EFF is not a "small activist oriented org". While I agree with them on many points, they are clearly a gigantic lobbying arm of SV. The interests align – just because EFF doesn't want the FEDs sniffing your traffic doesn't mean they have the slightest issue with Palantir or Google doing the same in the private sector…

Polly Miller

July 25, 2020 at 19:52

I am a rape survivor and a signatory to this letter. My personal experience with Elizabeth Croydon and her troubling past and present, and the innocent victims of her repeated allegations of sexual assault has left me no choice but speak out.

---

### SocraticGadfly

July 25, 2020 at 20:37

I don't totally agree with Yasha, as stated. That said, you've never heard of him? Running buds with Matt Taibbi and Mark Ames after eXile was banned in Russia.

---

### paulie

July 25, 2020 at 20:42

"I don't totally agree with Yasha, as stated. That said, you've never heard of him? "

I have heard of him, and not good things.

---

### TedBurns

July 25, 2020 at 21:43

3 1/2 months from an election. Taking this with a whole shaker of salt.

---

### Jakob gerber

July 25, 2020 at 22:26

I live in San Francisco. I believe it was last November Shahid had a march her down Market ,and Mission streets. There were easily a thousand people. I went. It ended across from City Hall.
After hearing him speak, and reading up on him. I thought the allegations by Ms. Croydon didn't sound right or verifiable.
Remember this is Pelosi – Harris country ,Pelosi does NOT like progressives. Two days ago I read the story in the paper.
I spent four hours checking this woman out. It was mind boggling. She was on a TV show smoking a joint with some other clown. She's supposed to be a comedian. If you like watching someone smoking a joint, and telling Monica Lewinsky blow job jokes , you'll love her "act". If you're a feminist you would be insulted.
Then I started digging into her history. Troubled would be an understatement . Contradicting herself from one paragraph to the next. Everything was parsed as metaphors .
She was raped, no she was in a flood, no all her camera equipment got stolen in the deluge .
Her multimillionaire boss raped her In her office overlooking something or did he just brush up against her.
It was one surreal tale after another .
The San Francisco Chronicle did a hit piece of course.
In respect to his staff I know nothing , and I wouldn't believe a word I read in the Chronicle.
Google Elizabeth Croydon comedian, film maker,bon vivant etc. etc. watch her videos . The Tonight Show ? Smoking a joint while doing standup ? You could not make up the stories this woman comes up with. But immediately the MSM ran with it. God bless Katie Halper for having the integrity to wait until the facts came out. She took the heat on social media, and stood her ground. She is what we need in journalism, not overpaid shills like Madcow,Reid,Andrea Mitchell or any of the other hacks, male or female.

dL
July 26, 2020 at 04:04

*just because EFF doesn't want the FEDs sniffing your traffic doesn't mean they have the slightest issue with Palantir or Google doing the same in the pri-
vate sector…*

True, one doesn't necessarily imply the other, but one also doesn't demonstrate the other. EFF being unconcerned with Palantir would be news to me…

https://www.google.com/search?q=Palantir+site%3Aeff.org

Doug Ricketson
July 26, 2020 at 04:30

As a financial refugee from the Bay Area after 35 years of living there, I am well aware of the transformation that Pelosi's tenure has wrought on that
beautiful region. That should be focus of the next 3 months. This election has…or had the potential to bring some accountability to Pelosi's local and
national malfeasance.
I fully realize that those words must seem callous given the seriousness of the accusations against Shahid Buttar. Both the accuser and the accused
should be heard in excruciating detail and only then can we assess the credibility of their perspectives.
As for myself…judging from afar, I simply don't know. I do know this, however: this will be the only time in the entirety of Speaker Pelosi's tenure where
she will have to contend with something that even vaguely resembles inspection and accountability. The Bay Area and the nation deserve to have this
discussion. It is only through a thorough examination of Pelosi's failings, the we can use those learnings to build from and select leaders who will sin-
cerely represent us and fight for the people that they represent.
Just a few random thoughts
Douglas O. Ricketson

wolfefan
July 26, 2020 at 15:19

Whatever good or bad has happened to the bay area or any other area can't be laid at the feet of a Rep. who has spent most of her time in a
Congressional minority.

Michael E Kerr
September 21, 2020 at 18:36

Jacqueline Thompson may have uncovered a conspiracy to smear Shahid Buttar in the progressive movement. What was the motives of the women in-
volved in the smear campaign? The primary benefactor of this smear campaign just before the November elections would be Nancy Peolsi in her cam-
paign agaist Buttar!

https://medium.com/@ThatsJacqueline/the-many-faces-of-elizabeth-croydon-and-the-puppeteers-the-evolving-summary-bc3b8b29ccec

See also: https://medium.com/@EuroYankeeBlog/i-do-not-believe-elizabeth-croydon-447980106963
and

12/2/21, 12:03 PM          DC Activists Support Shahid Buttar, Call Accuser Troubled Person With History Of False Accusations | Independent Political Rep…

https://medium.com/@peaceful_eminence_lion_955/does-dsa-san-francisco-have-a-gang-of-mediocre-karens-disenfranchising-local-people-that-are-not-c9e14968bf3

Pingback: Democracy in Decline | Episode 253 (August 7, 2020) – World Wide Opinion Network

# Exhibit I

Date:      Thu, 23 Jul 2020 9:42:15 PM (UTC)

Sent:      Thu, 23 Jul 2020 9:42:13 PM (UTC)

Subject:   RE: [EXT] Fwd: Fw: SF Chronicle needs response for deadline story

From:      Diaz, John <JDiaz@sfchronicle.com >

To:        Patricia Brooks <patricia@matchmapmedia.com >; Garofoli, Joe <JGarofoli@sfchronicle.com >;

CC:        Garofoli, Joe <JGarofoli@sfchronicle.com >; Whitney, Spencer <SWhitney@sfchronicle.com >;

Hello Patricia: I'm going to pass on this as an op-ed for a couple of reasons. One, as a matter of fairness, I'm not sure that one woman's testimonial of her experience with Buttar necessarily discredits the accuser's account. Also, as for the suggestion that he has changed, I'm sure you've seen the allegations of mistreatment of women campaign staffers, which is not from "many years" ago and this piece does not mention. If you want to lend your voice of support for Buttar I would suggest the appropriate forum would be a letter to the editor. You can send it via our online form (sfchronicle.com/letters)  and I will ask my colleague Spencer Whitney to be on the lookout for it. Thanks, John

**From:** Patricia Brooks <patricia@matchmapmedia.com >
**Sent:** Thursday, July 23, 2020 2:20 PM
**To:** Garofoli, Joe <JGarofoli@sfchronicle.com >; Diaz, John <JDiaz@sfchronicle.com >
**Subject:** Re: [EXT] Fwd: Fw: SF Chronicle needs response for deadline story

I just wanted to follow up to see if you would be interested in running this piece.

On Wed, Jul 22, 2020 at 8:08 PM Patricia Brooks <patricia@matchmapmedia.com > wrote:

> Thanks so much. John, please see what I would like to submit below on behalf of myself, Patricia Brooks. I am a media relations consultant, who volunteers with the Shahid campaign, and I am a survivor.
>
> (Please note: I would rather not say of what publicly, but I am a survivor of childhood rape by a prominent person in our community when I was younger. This is information on background only. The reason why I don't want to say that publicly is because it involves other people and coming forward with it at this time will hurt them. My perpetrator is in jail thanks to the help of the media.)
>
> **The rapid canceling of Shahid Buttar is not progressive or democratic**
>
> Following the recent allegations toward Congressional Candidate Shahid Buttar, causing an instant virtue-signaling backlash from the progressive community, I feel an ethical duty and qualification to come forward and offer much-needed perspective and facts based on my own unique personal experience.
>
> I am a survivor, progressive activist for nearly 20 years, and a media consultant who has been volunteering for Shahid Buttar's campaign in a high-level capacity that allowed me to work directly with him since May. I have a personal value to not accept money from politicians, so I can remain an objective and independent thinker. I have, effectively, spent more time working on the campaign than some of the staff who have come forward recently to offer concerns regarding his management style.
>
> As a survivor, the #metoo reckoning is my number one voting issue. I vocally called for the stepping down of all politicians, including Democrats like Al Franken, when they made mistakes in the past regarding their treatment of other people. I stopped supporting Stacey Abrams when she came forward and said she did not believe Tara Reade in her allegations against Joe Biden.
>
> When a woman publicly came forward with a tweet alleging Shahid of sexual harassment many years ago, I was disgusted. Like many other survivors, I wholeheartedly and with every fiber of my being recognize I must believe her claims. I have seen what coming forward and not being believed looks like. It's awful. My heart goes out to her.

At the same time, I also believe Shahid in his denial of these allegations. The trauma of not being believed echoes along both sides. Shahid is a person of color being accused of actions he denies, and that carries a heavy weight. Shahid spent his own birthday being labeled and rapidly judged, and he did it with the utmost integrity and grace. He took input from the survivors on our team regarding his reaction when reporters called, and he listened to the staff.  He did it in a way that was genuine and truly seeking to learn and grow.

I do not know what happened. I suspect, like the adage goes, there are two sides of a story and somewhere in between that is the truth. I don't know what he was like in his 20s, but Shahid is not the same today. Working on the team, Shahid has always been respectful to me. He comes off as a leader who exemplifies outstanding work ethic and a commitment to the highest standards. I have not witnessed any gender-based discrimination on the campaign, but I have seen him pressure staff to do their best. That can be off-putting to some people.

Shahid's campaign was given very minimal time to respond to these recent allegations in the press. Reporters were working on a deadline to cover the statements that came out suddenly, and they didn't have time to do the due diligence of a full investigation and talking to others involved like current staff and character witnesses.  I am not attacking reporters, who were instrumental in bringing justice during my own experience and brought me toward seeking a career in media relations today. I am pointing out that more information needs to be shared before making final judgements.

The difference between Shahid and all the other politicians I have canceled recently is the integrity of Shahid's response. The entire political spectrum has gotten their response to the #metoo movement wrong. Progressives have an opportunity to get it right, and we are missing the mark again.

The #metoo movement brought a well-needed reckoning. Instead of listening to each other and learning, we have moved into extremes of villainizing, virtue-signaling, cancel culture, spreading gossip and misinformation and victim-blaming. We have lost sight of the fact that we are all fallible humans worthy of respect and the opportunity to grow. It is like we lost all our ethics.

There are even some people suggesting this is a smear from the Pelosi campaign. That is absurd. Nancy Pelosi has largely ignored the campaign and does not even want to debate. By the way, Nancy, if you are reading this, please debate Shahid!

Before we act so quickly to cancel, let's give people a chance to show improvement and partake in the restorative justice process that we tout so much. I would prefer we all take a step back, seek more facts, and think about the most effective way to seek justice.

On Wed, Jul 22, 2020 at 1:11 PM Garofoli, Joe <JGarofoli@sfchronicle.com > wrote:

> Hi Patricia,
> One opportunity that might be available would be an Op-Ed. Our editorial page editor John Diaz said he would entertain reviewing one. He's at jdiaz@sfchronicle.com .
> Joe
>
> Joe Garofoli
> Senior Political Writer
> San Francisco Chronicle
> jgarofoli@sfchronicle.com
> 415-777-8826
> Cell: 415-297-9627
> Twitter: @joegarofoli
> Host of "It's All Political" podcast https://apple.co/2EGbK4r
> Archive of stories/blogs: https://www.sfchronicle.com/author/joe- garofoli/



*Watch '_We are San Francisco_'

---

**From:** Patricia Brooks <patricia@matchmapmedia.com >
**Date:** Wednesday, July 22, 2020 at 5:44 AM
**To:** Joe Garofoli <JGarofoli@sfchronicle.com >, "press@shahidforchange.us " <press@shahidforchange.us >
**Subject:** Re: [EXT] Fwd: Fw: SF Chronicle needs response for deadline story

Hi Joe,

Thanks so much for your coverage last night. I understand you were working on a deadline, and you needed to get the details together quickly. It also seems that you didn't have time to do the type of investigation into the claims that one would do if they had more time. There is a lot more to this story that we think will be illuminating, and we want to make sure Shahid's full thoughts are addressed and his position is heard.

As a volunteer for the campaign working on media relations, who at this point spent more time with the campaign than some of the staff who left, I feel there are a number of voices that were left out of the first story. Due to time limits, we did not have time to arrange. Can we do a follow up today or soon?

Shahid is an ally to survivors and he was committed to not victim-blaming or character assassination. He listened to us, those survivors on his team, when responding. He knows the situation puts him in a position where saying certain things would be inflammatory even when the allegations are false. It is not a position to be envied. We want to present his story in a way that doesn't inflame people, but we also want to get it out.

We would like a story that offers Shahid the opportunity to give his perspective here and invites others who are closer to this situation. We gave a limited response, but given more time, we could really tell a much bigger picture. Can you advise on what opportunities might be available for that?

Best,

Patricia Brooks
(202) 351-1757

On Tue, Jul 21, 2020 at 8:30 PM Patricia Brooks <patricia@matchmapmedia.com > wrote:

> We do have some people who can speak about Shahid's character and other claims Liz has made in the past that are false--including one who alleges that she also made false claims about her husband. Would you want to speak with them? We are reluctant to attack her character out of respect to survivors, of which I am personally one, so I am sensitive this issue, but they are willing to speak with you.

On Tue, Jul 21, 2020 at 8:01 PM Garofoli, Joe <JGarofoli@sfchronicle.com > wrote:

> To clarify: I'm asking if this comment: "I invite their examination of the issues and our campaign welcomes any scrutiny." Is a response to the DSA SF reconsidering its endorsement.

> Joe Garofoli
> Senior Political Writer
> San Francisco Chronicle
> jgarofoli@sfchronicle.com
> 415-777-8826

Cell: 415-297-9627
Twitter: @joegarofoli
Host of "It's All Political" podcast https://apple.co/2EGbK4r
Archive of stories/blogs: https://www.sfchronicle.com/author/joe- garofoli/



*Watch '*We are San Francisco*'

---

**From:** Patricia Brooks <patricia@matchmapmedia.com >
**Date:** Tuesday, July 21, 2020 at 4:57 PM
**To:** Joe Garofoli <JGarofoli@sfchronicle.com >
**Subject:** Re: [EXT] Fwd: Fw: SF Chronicle needs response for deadline story

We are unsure the date.

Sent from my iPhone

> On Jul 21, 2020, at 7:55 PM, Garofoli, Joe <JGarofoli@sfchronicle.com > wrote:
>
> Thanks.
> It seems like some of this statement addresses the DSA SF reconsidering its endorsement of Shahid. That will take place at an Aug. 4 meeting. Is that accurate?
> Thanks.
> Joe
>
> Joe Garofoli
> Senior Political Writer
> San Francisco Chronicle
> jgarofoli@sfchronicle.com
> 415-777-8826
> Cell: 415-297-9627
> Twitter: @joegarofoli
> Host of "It's All Political" podcast https://apple.co/2EGbK4r
> Archive of stories/blogs: https://www.sfchronicle.com/author/joe- garofoli/
>
> <image001.png>
> *Watch '*We are San Francisco*'

---

**From:** Patricia Brooks <patricia@matchmapmedia.com >
**Date:** Tuesday, July 21, 2020 at 4:50 PM
**To:** Joe Garofoli <JGarofoli@sfchronicle.com >
**Subject:** [EXT] Fwd: Fw: SF Chronicle needs response for deadline story

Hi Joe,

Here is the statement from Shahid.


A former acquaintance recently provided a statement on Twitter regarding sexual harassment. These claims are false. Every survivor must be heard, and I hope to be allowed the same opportunity to be heard as well. Sexual harassment is despicable. Those who exploit structural sexism and power imbalances must be exposed. I am committed to putting survivors' interests before my own. These claims have been amplified by former staff who have conflated our campaign's attempts to manage concerns with their performance with gender-based discrimination. This discussion has moved into local organizations, who are looking into the matter. I invite their examination of the issues and our campaign welcomes any scrutiny.


Best,


Patricia Brooks


**From:** Garofoli, Joe <JGarofoli@sfchronicle.com >
**Sent:** Tuesday, July 21, 2020 3:42 PM
**To:** Christopher Cook <christopher-d-cook@hotmail.com >
**Subject:** SF Chronicle needs response for deadline story

Hi Christopher,
We are writing a story about the allegations in Elizabeth Croyden's Medium post.
https://medium.com/@elizabethcroydon/shahid- buttar-repeatedly-sexually-harassed-me-1a23f22924dd

We would like to give the campaign an opportunity to respond to what she has alleged. I am writing this right now. It is scheduled to be published in Wednesday's print edition and be online sometime tonight.
Thanks,
Joe

Joe Garofoli
Senior Political Writer
San Francisco Chronicle
jgarofoli@sfchronicle.com
415-777-8826
Cell: 415-297-9627
Twitter: @joegarofoli
Host of "It's All Political" podcast https://apple.co/2EGbK4r
Archive of stories/blogs: https://www.sfchronicle.com/author/joe- garofoli/

<image002.png>
*Watch '_We are San Francisco_'

--
**Joshua I. Álvarez** | he/him
Communications Coordinator
Shahid Buttar for Congress 2020