UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAHID BUTTAR FOR
CONGRESS COMMITTEE, et al.,    ,
                    Plaintiff(s),

          v.

HEARST COMMUNICATIONS,
INC.,                           ,
                    Defendant(s).

Case No. 3:21-cv-05566-EMC

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Travis Andrew Gasper__, an active member in good standing of the bar of

__Texas Supreme Court_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: *Amicus Curiae* Rutgers Law School—
Center for Security, Race and Religion    in the

above-entitled action. My local co-counsel in this case is __Soyeun D. Choi_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California. Local co-counsel's bar number is: __211344_____.

123 Washington Street, Newark, NJ 07102
MY ADDRESS OF RECORD

973-353-2591
MY TELEPHONE # OF RECORD

travis.gasper@rutgers.edu
MY EMAIL ADDRESS OF RECORD

969G Edgewater Blvd, # 314
Foster City, CA 94404-3824
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

650-380-6116
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

soyeun@soyeunesq.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: __TX 24096881__.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __zero (0)__ times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _10/20/2022_____ /s/Travis Andrew Gasper_____

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Travis Andrew Gasper_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE