SHAHID BUTTAR FOR
CONGRESS COMMITTEE, et al.,    ,
          Plaintiff(s),

      v.

HEARST COMMUNICATIONS,
INC.,    ,
          Defendant(s).

Case No. 3:21-cv-05566-EMC

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Travis Andrew Gasper, an active member in good standing of the bar of
Texas Supreme Court, hereby respectfully apply for admission to practice pro hac
vice in the Northern District of California representing: *Amicus Curiae* Rutgers Law School—
Center for Security, Race and Religion in the
above-entitled action. My local co-counsel in this case is Soyeun D. Choi, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California. Local co-counsel's bar number is: 211344.

123 Washington Street, Newark, NJ 07102
MY ADDRESS OF RECORD

969G Edgewater Blvd, # 314
Foster City, CA 94404-3824
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

973-353-2591
MY TELEPHONE # OF RECORD

650-380-6116
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

travis.gasper@rutgers.edu
MY EMAIL ADDRESS OF RECORD

soyeun@soyeunesq.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: TX 24096881.

    A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court zero (0) times in the 12 months
preceding this application.

1     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2 the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3 Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4 Dated: _10/20/2022_____          _/s/Travis Andrew Gasper_____

5                                            APPLICANT

6

7

8                             ORDER GRANTING APPLICATION

9                FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11     IT IS HEREBY ORDERED THAT the application of _Travis Andrew Gasper_____ is

12 granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13 must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14 counsel designated in the application will constitute notice to the party.

15 Dated: _October 21, 2022_____

16

17 _____

18         UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28