|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>Defendant(s). | Case No. 3:21-cv-05566-EMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, <u>Sahar Fathi Aziz</u>, an active member in good standing of the bar of <u>Texas Supreme Court</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>*Amicus Curiae* Rutgers Law School— Center for Security, Race and Religion</u> in the above-entitled action. My local co-counsel in this case is <u>Soyeun D. Choi</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>211344</u>.

| | |
|---|---|
| <u>123 Washington Street, Newark, NJ 07102</u><br><s>Newark, NJ 07102</s><br>MY ADDRESS OF RECORD | <u>969G Edgewater Blvd, # 314</u><br><u>Foster City, CA 94404-3824</u><br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| <u>973-353-2591</u><br>MY TELEPHONE # OF RECORD | <u>650-380-6116</u><br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| <u>sahar.aziz@law.rutgers.edu</u><br>MY EMAIL ADDRESS OF RECORD | <u>soyeun@soyeunesq.com</u><br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>TX 24045429</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court <u>zero (0)</u> times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/20/2022

/s/Sahar Fathi Aziz
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sahar Fathi Aziz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 21, 2022

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE