SAHAR F. AZIZ (admitted *pro hac vice*)
Texas State Bar No. 24045429
sahar.aziz@law.rutgers.edu
TRAVIS GASPER (admitted *pro hac vice*)
Texas State Bar No. 24096881
travis.gasper@rutgers.edu
THE CENTER FOR SECURITY, RACE AND RELIGION
RUTGERS LAW SCHOOL
123 Washington Street
Newark, New Jersey 07102
(973) 353-2591

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>Defendant. | Case No.: 3:21-cv-05566-EMC<br>_____<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* THE CENTER FOR SECURITY, RACE AND RELIGION AT RUTGERS LAW SCHOOL**<br><br>Hearing Date: December 15, 2022<br>Time: 1:30 p.m.<br>Place: via videoconference |

On _____, 2022, the Court heard the Motion for Leave to File Brief of *Amicus Curiae* The Center for Security, Race and Religion at Rutgers Law School (the "Motion"). Having considered the papers submitted in support of and in opposition to the Motion, the Motion is hereby **GRANTED**. The *amicus* brief attached to the Motion as Exhibit A is hereby filed.

**IT IS SO ORDERED**.

Dated: _____                    _____
                                             THE HONORABLE EDWARD M. CHEN
                                             UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS* BRIEF,
NO. 3:21-cv-05566-EMC