SAHAR F. AZIZ (admitted *pro hac vice*)
Texas State Bar No. 24045429
sahar.aziz@law.rutgers.edu
TRAVIS GASPER (admitted *pro hac vice*)
Texas State Bar No. 24096881
travis.gasper@rutgers.edu
THE CENTER FOR SECURITY, RACE AND RELIGION
RUTGERS LAW SCHOOL
123 Washington Street
Newark, New Jersey 07102
(973) 353-2591

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>     Defendant. | Case No.: 3:21-cv-05566-EMC<br>_____<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* THE CENTER FOR SECURITY, RACE AND RELIGION AT RUTGERS LAW SCHOOL**<br><br>Hearing Date: December 15, 2022<br>Time:         1:30 p.m.<br>Place:        via videoconference |

~~On _____, 2022, the Court heard the Motion for Leave to File Brief of *Amicus Curiae* The Center for Security, Race and Religion at Rutgers Law School (the "Motion").~~ Having considered the papers submitted in support of and in opposition to the Motion, the Motion is hereby **GRANTED**. The *amicus* brief attached to the Motion as Exhibit A is hereby filed.

   **IT IS SO ORDERED**.

Dated:  December 1, 2022                    _____
                                            THE HONORABLE EDWARD M. CHEN
                                            UNITED STATES DISTRICT COURT JUDGE

[~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS* BRIEF, NO. 3:21-cv-05566-EMC