UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 3:21-cv-05566-EMC<br><br>[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S SPECIAL MOTION TO STRIKE<br><br>Action filed: July 20, 2021 |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ORDERED that the hearing on Defendant's Special Motion to Strike will be held on __Feb 2__, 2023, 1:30 pm.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Dec. 12, 2022                                    _____
                                                                              Hon. Edward M. Chen
                                                                              United States District Judge

4

JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE BRIEFING SCHEDULE ON DEFENDANT'S SPECIAL MOTION TO STRIKE
CASE NO. 3:21-CV-05566-EMC