# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 2, 2023     **Time:** 2:01-2:33     **Judge:** EDWARD M. CHEN
32 Minutes

**Case No.:** 21-cv-05566-EMC     **Case Name:** Shahid Buttar for Congress Committee v. Hearst Communications, Inc.

**Attorney for Plaintiff:** Gautam Dutta
**Attorneys for Defendant:** Diego Ibarguen
**Also Present:** Shahid Buttar

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Belle Ball

## PROCEEDINGS

Motion to Dismiss and Motion to Strike - held

## SUMMARY

Parties stated appearances.  Oral Argument heard.  Matter taken under submission.