UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 21-cv-05566-EMC<br><br>**JUDGMENT** |

On February 16, 2023, the Court issued its Order Granting Defendant's Motion to Dismiss, and Granting Defendant's and Plaintiffs' Requests for Judicial Notice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: February 16, 2023

_____
EDWARD M. CHEN
United States District Judge