UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF [Northern District of California]

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: [3:21-cv-05566-EMC]

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: [July 20, 2021]

Date of judgment or order you are appealing: [Feb. 16, 2023 Judgment (attached)]

Docket entry number of judgment or order you are appealing: [68]

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

[Shahid Buttar for Congress Committee and Shahid Buttar]

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number? [ ]

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If yes, what is the prior appeal case number? [ ]

Your mailing address (if pro se):

[ ]

[ ]

City: [ ]   State: [ ]   Zip Code: [ ]

Prisoner Inmate or A Number (if applicable): [ ]

**Signature** [/s/ Gautam Dutta]   **Date** [Mar. 18, 2023]

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                     Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Shahid Buttar for Congress Committee and Shahid Buttar |

Name(s) of counsel (if any):

| |
|---|
| Gautam Dutta<br>Business, Energy, and Election Law, PC |

Address: 1017 El Camino Real # 504, Redwood City, CA  94063

Telephone number(s): 415 236 2048

Email(s): Dutta@BEELawFirm.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Hearst Communications, Inc. |

Name(s) of counsel (if any):

| |
|---|
| Thomas R. Burke<br>Davis Wright Tremaine LLP |

Address: 505 Montgomery St., Ste. 800, San Francisco, CA  94111

Telephone number(s): 415 276 6500

Email(s): thomasburke@dwt.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                         1                                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Hearst Communications, Inc.

Name(s) of counsel (if any):

Jonathan R. Donnellan & Diego Ibarguen

Address: Hearst Corporation, 300 W. 57th St., 40th Fl., New York, NY 10019

Telephone number(s): 212 841 7000

Email(s): jdonnellan@hearst.com; dibarguen@hearst.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**   2   New 12/01/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HEARST COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 21-cv-05566-EMC <br><br> **JUDGMENT** |

On February 16, 2023, the Court issued its Order Granting Defendant's Motion to Dismiss, and Granting Defendant's and Plaintiffs' Requests for Judicial Notice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: February 16, 2023

_____
EDWARD M. CHEN
United States District Judge