UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>　　　　Defendant. | Case No.  21-cv-05566-EMC<br><br>**ORDER GRANTING LEAVE TO SUPPLEMENT DECLARATION**<br><br>Docket No. 83 |

    The Court previously granted the Motion for Attorney's Fees and Costs in favor of Defendant Hearst Communications, Inc. ("Hearst").  Docket No. 83.  Should Plaintiffs Shahid Buttar and Shahid Buttar for Congress Committee (collectively, "SBCC") wish to pursue their request for dispensation from the fee award for their financial circumstances, Plaintiffs shall submit/lodge directly with this Court for *in camera review* a copy of Mr. Buttar and SBCC's tax returns for the most recent fiscal year under penalty of perjury.

    **IT IS SO ORDERED**.

Dated: May 2, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge