UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HEARST COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 21-cv-05566-EMC <br><br> **ORDER MODIFYING AWARD OF ATTORNEY'S FEES** |

Following the Court's order granting the motion for attorney's fees in favor of Defendant Hearst Communications, Inc. ("Hearst"), Plaintiffs Shahid Buttar and Shahid Buttar for Congress Committee ("SBCC") filed a supplemental declaration with his tax returns. Because Mr. Buttar has shown and declared under penalty of perjury that he faces dire financial circumstances, the Court gives weight to the equitable considerations and trims off a significant percentage of the attorney's fees and costs, *Miller v. Los Angeles Cnty. Bd. of Educ.*, 827 F.2d 617, 622 (9th Cir. 1987) (considering financial resources), though the Court declines to eliminate the fees award entirely, *id.* at 621 ("However, a district court should not refuse to award attorney's fees to a prevailing defendant under 42 U.S.C. § 1988 or 42 U.S.C. § 2000e–5(k) solely on the ground of the plaintiff's financial situation.").

The Court thus reduces the original award of $87,893.55 to $5,000 to be paid within 24 months of the date of this order.

**IT IS SO ORDERED**.

Dated: May 16, 2023

_____
EDWARD M. CHEN
United States District Judge