# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Northern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:21-cv-05566-EMC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 07/20/2021

Date of judgment or order you are appealing: 05/16/2023

Docket entry number of judgment or order you are appealing: 88

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes  ◯ No  ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Hearst Communications, Inc.

Is this a cross-appeal?  ◯ Yes  ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ⦿ Yes  ◯ No

If yes, what is the prior appeal case number? 23-15421

Your mailing address (if pro se):

City:                State:              Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Diego Ibarguen       **Date** May 25, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Hearst Communications, Inc. |

Name(s) of counsel (if any):

| |
|---|
| Diego Ibarguen |

Address: Hearst Corporation, 300 W. 57th St., 40th Floor, New York, NY 10019

Telephone number(s): (212) 649-2039

Email(s): dibarguen@hearst.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Shahid Buttar for Congress Committee, Shahid Buttar |

Name(s) of counsel (if any):

| |
|---|
| Gautam Dutta |

Address: 1017 El Camino Real, #504, Redwood City, CA 94063

Telephone number(s): (415) 236-2048

Email(s): dutta@beelawfirm.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                     2                            *New 12/01/2018*