UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAHID BUTTAR FOR CONGRESS COMMITTEE, et al.,

    Plaintiffs,

vs.

HEARST COMMUNICATIONS, INC.,

    Defendant.

Case No. 3:21-cv-05566-EMC

[~~PROPOSED~~] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PURSUANT TO THE COURT'S APR. 18, 2023 ORDER

[~~PROPOSED~~] ORDER

This matter having come before the Court is Plaintiffs' Administrative Motion to Seal Pursuant to the Court's Apr. 18, 2023 Order, the Court hereby orders as follows:

Plaintiffs' Motion is **granted** for the reasons stated therein. The Declaration of Shahid Buttar in Opposition to Defendant's Motion for Attorney's Fees (filed under seal on Apr. 21, 2023) is hereby ordered to be **sealed.**

**IT IS SO ORDERED**.

Dated: June 6, 2023

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
CASE NO. 3:21-cv-05566-EMC